

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100.per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



Michael G. Adams
Secretary of State

Commonwealth of Kentucky
Office of the Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

April 8, 2020

LIFE INSURANCE COMPANY
OF NORTH AMERICA
MICHAEL A. JAMES,
REGISTERED AGENT
TWO LIBERTY PLACE,
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

FROM: SUMMONS DIVISION
SECRETARY OF STATE

RE: CASE NO: 20-CI-00523

COURT: Circuit Court Clerk
Hardin County
120 East Dixie Ave.
Ste. 1
Elizabethtown, KY 42701
Phone: (270) 766-5037

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

**(1) Your attorney, or**
**(2) The attorney filing this suit whose name should appear on the last page of the complaint, or**
**(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice Courts.ky.gov

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **20-CI-00523**
Court: **CIRCUIT**
County: **HARDIN**

*Plantiff*, **BLAKE, JESSICA MARIE-JOURNEY VS. LIFE INSURANCE COMPANY OF N**, *Defendant*

TO: **LIFE INSURANCE COMPANY OF NORTH AMERICA**
**MICHAEL A. JAMES, REGISTERED AGENT**
**TWO LIBERTY PLACE, 1601 CHESTNUT STREET**
**PHILADELPHIA, PA 19192**

Memo: Registered Agent of Service exists.

RECEIVED
APR 08 2020
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Loretta Crady
Hardin Circuit Clerk
Date: **4/3/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ______________, 20____

______________________
Served By

______________________
Title

Summons ID: 236116716875188@00000327517
CIRCUIT: 20-CI-00523 Long Arm Statute – Secretary of State
BLAKE, JESSICA MARIE-JOURNEY VS. LIFE INSURANCE COMPANY OF N

eFiled

Package 000002 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000002 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

CASE NO. ____________________ HARDIN CIRCUIT COURT

COPY ATTEST: LORETTA CRADY, HARDIN CIR/DIST CLERK BY ________ D.C.

JESSICA BLAKE PLAINTIFF

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA DEFENDANT

**COMPLAINT**
***FILED ELECTRONICALLY***

Comes the plaintiff, Jessica Blake, by and through counsel, for her Complaint against the defendant, Life Insurance Company of North America, and provides as follows:

1. That the plaintiff, Jessica Blake, is a resident of Hardin County, Kentucky.

2. That the defendant is a corporation authorized to issue policies of insurance in the Commonwealth of Kentucky.

3. That the defendant's process agent registered with the Kentucky Department of Insurance is Michael A. James, located at Two Liberty Place, 1601 Chestnut Street, Philadelphia, Pennsylvania 19192-2211.

4. That prior to July 28, 2019, the defendant issued two policies of life insurance that provided for benefits to plaintiff upon the accident death of her husband, Christopher Blake. (Attached has exhibits A and B)

5. That on July 28, 2019, plaintiff's husband, Christopher Blake, died in a tragic motor vehicle accident.

6. That pursuant to the terms and provisions of the aforesaid policies of life insurance, the plaintiff is entitled to life insurance benefits.

7. That on or about July 30, 2019, defendant was in receipt of the proof of loss claim form for benefits resulting from the death of Christopher Blake, requesting benefits under policy number OK 970307.

Package: 000003 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000003 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

8. That on or about August 22, 2019, defendant was in receipt of the proof of loss claim form for benefits resulting from the death of Christopher Blake, requesting benefits under policy number OK 980417.

9. That on or about September 26, 2019, defendant, Life Insurance Co. wrongfully denied the accidental death benefits to Jessica Blake as a policy holder and beneficiary under policy numbers OK 970307 and OK 980417.

10. That on or about January 10, 2020, plaintiff, Jessica Blake appealed defendant, Life Insurance Co.'s denial of accidental death benefits under policy numbers OK 970307 and OK 980417 and was subsequently denied the appeal on March 9, 2020.

11. That plaintiff is entitled to bring this action under the Employee Retirement Income Security Act of 1974 (ERISA) section 502(a), after defendant denied plaintiff, Jessica Blake her entitled accidental death benefits on appeal.

12. That plaintiff is entitled to damages for breach of contract.

WHEREFORE, plaintiff prays the Court as follows: that judgment be entered on her behalf and against the defendant; for damages for breach of contract; for a trial by jury on all issues so triable; for pre and post judgment interest; for costs incurred; and for any and all other relief of which the plaintiff may be deemed entitled.

Respectfully Submitted,

**KARL TRUMAN LAW OFFICE, LLC**

*/s/ Michael K Nisbet*
Michael K. Nisbet
Trey Shoemaker
420 Wall Street
Jeffersonville, IN 47130
(812) 282-8500

Package : 000004 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000004 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

efile@trumanlaw.com
MikeNisbet@Trumanlaw.com

Package:000005 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000005 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# Life Insurance Company of North America

## 1601 Chestnut Street, Philadelphia, Pennsylvania 19192-2235

A Stock Insurance Company

## GROUP ACCIDENT CERTIFICATE

**THIS CERTIFICATE PROVIDES LIMITED COVERAGE.
PLEASE READ YOUR CERTIFICATE CAREFULLY.**

**We, the Life Insurance Company of North America, has issued a Group Policy, OK 970307 to Trustee of the Group Insurance Trust for Employers in the Wholesale Trade Industry.**

**We certify that we insure all eligible persons who are enrolled according to the terms of the Group Policy. Your coverage will begin according to the terms set forth in the *Eligibility and Effective Date* provision.**

**This Certificate describes the benefits and basic provisions of Your coverage. It is not the insurance contract and does not waive or alter any terms of the Policy. If questions arise, the Policy language will govern. You may examine the Policy at the office of the Subscriber.**

**This Certificate replaces all prior Certificates issued to You under the Group Policy.**

**William J. Smith, President**

**THIS CERTIFICATE IS ISSUED UNDER AN ACCIDENT ONLY POLICY. IT DOES NOT PAY BENEFITS FOR LOSS CAUSED BY SICKNESS.**

**GA-00-CE1000.00**

Package:000006 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000006 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| SCHEDULE OF BENEFITS | 1 |
| GENERAL DEFINITIONS | 5 |
| ELIGIBILITY AND EFFECTIVE DATE PROVISIONS | 8 |
| COMMON EXCLUSIONS | 10 |
| CONVERSION PRIVILEGE | 11 |
| CLAIM PROVISIONS | 13 |
| ADMINISTRATIVE PROVISIONS | 15 |
| GENERAL PROVISIONS | 16 |
| ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE | 17 |
| EXPOSURE AND DISAPPEARANCE COVERAGE | 18 |
| SEATBELT AND AIRBAG BENEFIT | 19 |
| SPECIAL EDUCATION BENEFIT | 20 |
| DOMESTIC PARTNER/CIVIL UNION PARTNER RIDER | 21 |
| TRAVEL ASSISTANCE SERVICES | 23 |
| MODIFYING PROVISIONS AMENDMENT | 27 |

GA-00-CE1000.00

Package:000007 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package 000007 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## SCHEDULE OF BENEFITS

***This Certificate is intended to be read in its entirety. In order to understand all the conditions, exclusions and limitations applicable to its benefits, please read all the provisions carefully.***

**The *Schedule of Benefits* provides a brief outline of your coverage and benefits. Please read the *Description of Coverages and Benefits* Section for full details.**

**Subscriber:** Whayne Supply Company

**Effective Date of Subscriber Participation:** January 1, 2019

**Certificate Effective Date:** May 1, 2019

**Covered Class:** Class 3 - All active, full-time Hourly Employees of the Employer regularly working a minimum of 30 hours per week in the United States, who are citizens or permanent resident aliens of the United States.

### SCHEDULE OF BENEFITS

**This *Schedule of Benefits* shows maximums, benefit periods and any limitations applicable to benefits provided for each Covered Person unless otherwise indicated. Principal Sum, when referred to in this Schedule, means the Employee's Principal Sum in effect on the date of the Covered Accident causing the Covered Injury or Covered Loss unless otherwise specified.**

**Eligibility Waiting Period**
The Eligibility Waiting Period is the period of time the Employee must be in a Covered Class to be eligible for coverage.

For Employees hired on or before the Policy Effective Date: After 30 days of Active Service.
For Employees hired after the Policy Effective Date: After 30 days of Active Service.

The *Eligibility Waiting Period* does not apply if a former Whayne hourly Employee with less than 7 years of service is rehired within 6 months after his or her termination date from a layoff and the former Employee had satisfied the *Eligibility Waiting Period* prior to his or her termination date. If a former Whayne Employee did not fully satisfy the *Eligibility Waiting Period* prior to his or her layoff date, credit will be given for any time that was satisfied.

The *Eligibility Waiting Period* does not apply if a former Whayne hourly Employee with more than 7 years of service is rehired within 12 months after his or her termination date from a layoff and the former Employee had satisfied the *Eligibility Waiting Period* prior to his or her termination date. If a former Whayne Employee did not fully satisfy the *Eligibility Waiting Period* prior to his or her layoff date, credit will be given for any time that was satisfied.

**Time Period for Loss:**
Any Covered Loss must occur within: 365 days of the Covered Accident

**Maximum Age for Insurance:** None

Package.000008 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package 000008 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

**BASIC ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS**

| | |
|---|---|
| **Employee Principal Sum:** | **1.5 times Annual Compensation rounded to the next higher $1,000, if not already a multiple thereof, subject to a maximum of $50,000** |

**SCHEDULE OF COVERED LOSSES**

| Covered Loss | Benefit |
|---|---|
| Loss of Life | 100% of the Principal Sum |
| Loss of Two or More Hands or Feet | 100% of the Principal Sum |
| Loss of Sight of Both Eyes | 100% of the Principal Sum |
| Loss of One Hand or One Foot and Sight in One Eye | 100% of the Principal Sum |
| Loss of Speech and Hearing (in both ears) | 100% of the Principal Sum |
| Quadriplegia | 100% of the Principal Sum |
| Paraplegia | 75% of the Principal Sum |
| Hemiplegia | 50% of the Principal Sum |
| Uniplegia | 25% of the Principal Sum |
| Coma | |
| Monthly Benefit | 1% of the Principal Sum |
| Number of Monthly Benefits | 11 |
| When Payable | At the end of each month during which the Covered Person remains comatose |
| Lump Sum Benefit | 100% of the Principal Sum |
| When Payable | Beginning of the 12th month |
| Loss of One Hand or Foot | 50% of the Principal Sum |
| Loss of Sight in One Eye | 50% of the Principal Sum |
| Severance and Reattachment of One Hand or Foot | 50% of the Principal Sum |
| Loss of Speech | 50% of the Principal Sum |
| Loss of Hearing (in both ears) | 50% of the Principal Sum |
| Loss of all Four Fingers of the Same Hand | 25% of the Principal Sum |
| Loss of Thumb and Index Finger of the Same Hand | 25% of the Principal Sum |
| Loss of all the Toes of the Same Foot | 20% of the Principal Sum |

**Age Reductions**
**A Covered Person's Principal Sum will be reduced to the percentage of his Principal Sum in effect on the date preceding the first reduction, as shown below.**

| Age | Percentage of Benefit Amount |
|---|---|
| 70 or over | 50% |

**Benefit reductions will be effective on January 1 coinciding with or next following the Covered Person's attainment of age as specified in schedule above.**

Package:000009 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package 000009 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES**
Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are as shown in the *Schedule of Covered Losses* and are not paid in addition to any other Accidental Death and Dismemberment benefits.

**EXPOSURE AND DISAPPEARANCE COVERAGE** provides the Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

**ADDITIONAL ACCIDENT BENEFITS**
Any benefits payable under these *Additional Accident Benefits* shown below are paid in addition to any other Accidental Death and Dismemberment benefits payable.

**SEATBELT AND AIRBAG BENEFIT**

| | |
|---|---|
| Seatbelt Benefit | 10% of the Principal Sum subject to a Maximum Benefit of $5,000 |
| Airbag Benefit | 5% of the Principal Sum subject to a Maximum Benefit of $5,000 |
| Default Benefit | $1,000 |

**SPECIAL EDUCATION BENEFIT**

| | |
|---|---|
| Surviving Dependent Child Benefit | 6% of the Principal Sum subject to a Maximum Benefit of $6,000 |
| Maximum Number of Annual Payments For Each Surviving Dependent Child | 4 |
| Default Benefit | $1,000 |

**VOLUNTARY ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS**

| | |
|---|---|
| Employee Principal Sum: | $10,000 units |
| Maximum: | $500,000; Benefits amounts in excess of $500,000 are limited to 5 times Annual Compensation |
| Spouse Principal Sum: | $5,000 units |
| Maximum: | $250,000 |
| Dependent Child Principal Sum: | $2,000 units |
| Maximum: | $10,000 |

**SCHEDULE OF COVERED LOSSES**

| Covered Loss | Benefit |
|---|---|
| Loss of Life | 100% of the Principal Sum |
| Loss of Two or More Hands or Feet | 100% of the Principal Sum |
| Loss of Sight of Both Eyes | 100% of the Principal Sum |
| Loss of One Hand or One Foot and Sight in One Eye | 100% of the Principal Sum |
| Loss of Speech and Hearing (in both ears) | 100% of the Principal Sum |
| Quadriplegia | 100% of the Principal Sum |
| Paraplegia | 75% of the Principal Sum |
| Hemiplegia | 50% of the Principal Sum |
| Uniplegia | 25% of the Principal Sum |
| Coma | |
| Monthly Benefit | 1% of the Principal Sum |
| Number of Monthly Benefits | 11 |

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000010 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000010 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

| Covered Loss | Benefit |
|---|---|
| When Payable | At the end of each month during which the Covered Person remains comatose |
| Lump Sum Benefit | 100% of the Principal Sum |
| When Payable | Beginning of the 12th month |
| Loss of One Hand or Foot | 50% of the Principal Sum |
| Loss of Sight in One Eye | 50% of the Principal Sum |
| Severance and Reattachment of One Hand or Foot | 50% of the Principal Sum |
| Loss of Speech | 50% of the Principal Sum |
| Loss of Hearing (in both ears) | 50% of the Principal Sum |
| Loss of all Four Fingers of the Same Hand | 25% of the Principal Sum |
| Loss of Thumb and Index Finger of the Same Hand | 25% of the Principal Sum |
| Loss of all the Toes of the Same Foot | 20% of the Principal Sum |

**Age Reductions**
A Covered Person's Principal Sum will be reduced to the percentage of his Principal Sum in effect on the date preceding the first reduction, as shown below.

| Age | Percentage of Benefit Amount |
|---|---|
| 70 but less than 75 | 65% |
| 75 but less than 80 | 45% |
| 80 but less than 85 | 30% |
| 85 or over | 20% |

Benefit reductions will be effective on January 1 coinciding with or next following the Covered Person's attainment of age as specified in schedule above.

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES**
Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are as shown in the *Schedule of Covered Losses* and are not paid in addition to any other Accidental Death and Dismemberment benefits.

**EXPOSURE AND DISAPPEARANCE COVERAGE** provides the Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.

**ADDITIONAL ACCIDENT BENEFITS**
Any benefits payable under these *Additional Accident Benefits* shown below are paid in addition to any other Accidental Death and Dismemberment benefits payable.

**SEATBELT AND AIRBAG BENEFIT**

| | |
|---|---|
| Seatbelt Benefit | 10% of the Principal Sum subject to a Maximum Benefit of $25,000 |
| Airbag Benefit | 5% of the Principal Sum subject to a Maximum Benefit of $5,000 |
| Default Benefit | $1,000 |

**SPECIAL EDUCATION BENEFIT**

| | |
|---|---|
| Surviving Dependent Child Benefit | 6% of the Principal Sum subject to a Maximum Benefit of $6,000 |
| Maximum Number of Annual Payments For Each Surviving Dependent Child | 4 |
| Default Benefit | $1,000 |

GA-00-1100.00

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package : 000011 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000011 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## GENERAL DEFINITIONS

**Please note that certain words used in this Certificate have specific meanings. The words defined below and capitalized within the text of this Certificate have the meanings set forth below.**

**Active Service**
An Employee will be considered in Active Service with the Employer on any day that is either of the following:
1. one of the Employer's scheduled work days on which the Employee is performing his regular duties on a full-time basis, either at one of the Employer's usual places of business or at some other location to which the Employer's business requires the Employee to travel;
2. a scheduled holiday, vacation day or period of Employer-approved paid leave of absence, other than sick leave, only if the Employee was in Active Service on the preceding scheduled workday.

A person other than an Employee is considered in Active Service if he is none of the following:
1. an Inpatient in a Hospital or receiving Outpatient care for chemotherapy or radiation therapy;
2. confined at home under the care of a Physician for Sickness or injury;
3. Totally Disabled.

**Age**
A Covered Person's Age, for purposes of initial premium calculations, is his Age attained on the date coverage becomes effective for him under this Policy. Thereafter, it is his Age attained on his last birthday.

**Aircraft**
A vehicle which:
1. has a valid certificate of airworthiness; and
2. is being flown by a pilot with a valid license to operate the Aircraft.

**Annual Compensation**
Your annual earnings for normal work established by the Subscriber for his job classification, excluding commissions, bonuses, overtime or other extra compensation.

Changes in the Covered Person's amount of insurance resulting from a change in the Employee's amount of Annual Compensation take effect, subject to any Active Service requirement, on the date of change in Annual Compensation.

**Covered Accident**
A sudden, unforeseeable, external event that results, directly and independently of all other causes, in a Covered Injury or Covered Loss and meets all of the following conditions:
1. occurs while the Covered Person is insured under this Policy;
2. is not contributed to by disease, Sickness, mental or bodily infirmity;
3. is not otherwise excluded under the terms of this Policy.

**Covered Injury**
Any bodily harm that results directly and independently of all other causes from a Covered Accident.

**Covered Loss**
A loss that is all of the following:
1. the result, directly and independently of all other causes, of a Covered Accident;
2. one of the Covered Losses specified in the *Schedule of Covered Losses*;
3. suffered by the Covered Person within the applicable time period specified in the *Schedule of Benefits*.

**Covered Person**
An eligible person, as defined in the *Schedule of Benefits*, for whom an enrollment form has been accepted by Us and required premium has been paid when due and for whom coverage under this Policy remains in force. The term Covered Person shall include, where this Policy provides coverage, an eligible Spouse and eligible Dependent Children.

Package:000012 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000012 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Dependent Child(ren)**
An Employee's unmarried child who meets the following requirements:
1. A child from live birth to 26 years old;
2. A child who is 26 or more years old, primarily supported by the Employee and incapable of self-sustaining employment by reason of mental or physical handicap.

A child, for purposes of this provision, includes an Employee's:
1. natural child;
2. adopted child, beginning with any waiting period pending finalization of the child's adoption. It also means the legally adopted child of the Employee's Spouse provided the child is living with, and is financially dependent upon the Employee;
3. stepchild who resides with the Employee and is financially dependent upon the Employee;
4. child for whom the Employee is the court-appointed legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.

**Employee**
For eligibility purposes, an Employee of the Employer who is in one of the Covered Classes.

**Employer**
The Subscriber and any affiliates, subsidiaries or divisions shown in the Schedule of Covered Affiliates and which are covered under this Policy on the date of issue or subsequently agreed to by Us.

**He, His, Him**
Refers to any individual, male or female.

**Hospital**
An institution that meets all of the following:
1. it is licensed as a Hospital pursuant to applicable law;
2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
3. it is managed under the supervision of a staff of medical doctors;
4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
6. it charges for its services.

The term Hospital does not include a clinic, facility, or unit of a Hospital for:
1. rehabilitation, convalescent, custodial, educational or nursing care;
2. the aged, drug addicts or alcoholics;
3. a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.

**Inpatient**
A Covered Person who is confined for at least one full day's Hospital room and board. The requirement that a person be charged for room and board does not apply to confinement in a Veteran's Administration Hospital or Federal Government Hospital and in such case, the term "Inpatient" shall mean a Covered Person who is required to be confined for a period of at least a full day as determined by the Hospital.

**Nurse**
A licensed graduate Registered Nurse (R.N.), a licensed practical Nurse (L.P.N.) or a licensed vocational Nurse (L.V.N.) and who is not:
1. employed or retained by the Subscriber;
2. living in the Covered Person's household; or
3. a parent, sibling, spouse or child of the Covered Person.

**Outpatient**
A Covered Person who receives treatment, services and supplies while not an Inpatient in a Hospital.

Package: 000013 of 000093
Presiding Judge: HON. KEN HOWARD (603287)
Package : 000013 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Physician**
A licensed health care provider practicing within the scope of his license and rendering care and treatment to a Covered Person that is appropriate for the condition and locality and who is not:
1. employed or retained by the Subscriber;
2. living in the Covered Person's household;
3. a parent, sibling, spouse or child of the Covered Person.

**Prior Plan**
The plan of insurance providing similar benefits, sponsored by the Employer in effect immediately prior to this Policy's Effective Date.

**Sickness**
A physical or mental illness.

**Spouse**
The Employee's lawful spouse under age 70.

**Subscriber**
Any participating organization that subscribes to the trust to which this Policy is issued.

**Totally Disabled or Total Disability**
Totally Disabled or Total Disability means either:
1. inability of the Covered Person who is currently employed to do any type of work for which he is or may become qualified by reason of education, training or experience; or
2. inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.

**We, Us, Our**
Life Insurance Company of North America.

**You, Your**
The person to whom the certificate is issued.

GA-00-1200.00 as modified by GA-00-4002.00

Package:000014 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package 000014 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# ELIGIBILITY AND EFFECTIVE DATE PROVISIONS

**Subscriber Effective Date**
Accident Insurance Benefits become effective for each Subscriber in consideration of the Subscriber's application, Subscription Agreement and payment of the initial premium when due. Insurance coverage for the Subscriber becomes effective on the Effective Date of Subscriber Participation.

**Eligibility**
An Employee becomes eligible for insurance under this Policy on the date he meets all of the requirements of one of the Covered Classes and completes any Eligibility Waiting Period, as shown in the *Schedule of Benefits*. A Spouse and Dependent Childrenof an eligible Employee become eligible for any dependent insurance provided by this Policy on the later of the date the Employee becomes eligible and the date the Spouse or Dependent Child meets the applicable definition shown in the *Definitions* section of this Policy. No person may be eligible for insurance under this Policy as both an Employee and a Spouse or Dependent Child at the same time.

**Effective Date for Individuals**
*Basic Accidental Death and Dismemberment Benefits*
Insurance becomes effective for an eligible Employee, subject to the *Deferred Effective Date* provision below, on the latest of the following dates:
1. the effective date of this Policy;
2. the date the Employee becomes eligible.

*Voluntary Accidental Death and Dismemberment Benefits*
Insurance becomes effective for an eligible Employee who applies and agrees to make required contributions within 31 days of eligibility, and subject to the *Deferred Effective Date* provision below, on the latest of the following dates:
1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date We receive the Employee's completed enrollment form and the required first premium, during his lifetime.

Insurance becomes effective for an Employee's eligible dependents if the Employee applies and agrees to make required contributions within 31 days of the date his dependents become eligible and, subject to the *Deferred Effective Date* provision below, on the latest of the following dates:
1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date the Employee's insurance becomes effective;
4. the date the dependent meets the definition of Spouse or Dependent Child, as applicable;
5. the date We receive a completed enrollment form for Spouse and Dependent Child coverage and the required first premium, during each dependent's lifetime.

Insurance becomes effective for a newborn Dependent Child automatically from the moment of the child's live birth. Insurance for that Dependent Child automatically ends 31 days later unless the Employee has a Spouse or other Dependent Children insured under this Policy or makes a request to cover the child and pays the required initial premium, during the child's lifetime.

Package:000015 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000015 of 000083

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**DEFERRED EFFECTIVE DATE**
**Active Service**
The effective date of insurance will be deferred for any Employee or any eligible Spouse or Dependent Child who is not in Active Service on the date coverage would otherwise become effective. Coverage will become effective on the later of the date he returns to Active Service and the date coverage would otherwise have become effective.

**Life Status Change**
A Life Status Change is an event that the Employer determines qualifies any Employee to elect or increase accident insurance benefits for himself and his Spouse and Dependent Children. Any change in benefit elections must be made within 31 days of a Life Status Change.

Any increases in benefits or added benefits elected under this Life Status Change provision will become effective on the first of the month following the Life Status Change.

The Subscriber should seek advice of its tax advisors if Employees may contribute to the cost of any insurance provided by this Policy with earnings not subject to Federal Income Tax. We cannot provide such advice nor offer any opinions on taxation or tax status of any contributions toward the cost of insurance.

**Effective Date of Changes**
Any increase or decrease in the amount of insurance for the Covered Person resulting from:
1. a change in benefits provided by this Policy; or
2. a change in the Employee's Covered Class will take effect on the date of such change.

Increases will take effect subject to any Active Service requirement.

**TERMINATION OF INSURANCE**
The insurance on a Covered Person will end on the earliest date below:
1. the date this Policy or insurance for a Covered Class is terminated;
2. the next premium due date after the date the Covered Person is no longer in a Covered Class or satisfies eligibility requirements under this Policy;
3. the last day of the last period for which premium is paid;
4. the next premium due date after the Covered Person attains the maximum Age for insurance under this Policy;
5. with respect to a Spouse or Dependent Child, the date of the death of the covered Employee or the date of divorce from the covered Employee.

Termination will not affect a claim for a Covered Loss or Covered Injury that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

**CONTINUATION OF INSURANCE**
**Continuation for Layoff, Leave of Absence or Family Medical Leave**
Insurance for an Employee and Covered Dependents may be continued until the earliest of the following dates if: (a) an Employee is on a temporary layoff, an Employer-approved leave of absence or an Employer-approved family medical leave; and (b) required premium contributions are paid when due.
1. for a layoff: the end of the month following the month in which the layoff begins.
2. for an Employer-approved leave of absence: 6 month(s).
3. for an Employer-approved family medical leave: 6 months in a consecutive 12-month period.

GA-00-1300.00

Package:000016 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000016 of 000093

Filed 20-CI-00523 04/03/2020 9 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk
20106101085002

## COMMON EXCLUSIONS

In addition to any benefit-specific exclusions, benefits will not be paid for any Covered Injury or Covered Loss which, directly or indirectly, in whole or in part, is caused by or results from any of the following unless coverage is specifically provided for by name in the *Description of Benefits* Section:

1. intentionally self-inflicted injury, suicide or any attempt thereat while sane or insane;
2. commission or attempt to commit a felony or an assault;
3. commission of or active participation in a riot or insurrection;
4. bungee jumping; parachuting; skydiving; parasailing; hang-gliding;
5. declared or undeclared war or act of war;
6. flight in, boarding or alighting from an Aircraft or any craft designed to fly above the Earth's surface:
   a. except as a passenger on a regularly scheduled commercial airline;
   b. being flown by the Covered Person or in which the Covered Person is a member of the crew;
   c. being used for:
      i. crop dusting, spraying or seeding, giving and receiving flying instruction, fire fighting, sky writing, sky diving or hang-gliding, pipeline or power line inspection, aerial photography or exploration, racing, endurance tests, stunt or acrobatic flying; or
      ii. any operation that requires a special permit from the FAA, even if it is granted (this does not apply if the permit is required only because of the territory flown over or landed on);
   d. designed for flight above or beyond the earth's atmosphere;
   e. an ultra-light or glider;
   f. being used for the purpose of parachuting or skydiving;
   g. being used by any military authority, except an Aircraft used by the Air Mobility Command or its foreign equivalent;
7. Sickness, disease, bodily or mental infirmity, bacterial or viral infection or medical or surgical treatment thereof, except for any bacterial infection resulting from an accidental external cut or wound or accidental ingestion of contaminated food;
8. travel in any Aircraft owned, leased or controlled by the Subscriber, or any of its subsidiaries or affiliates. An Aircraft will be deemed to be 'controlled' by the Subscriber if the Aircraft may be used as the Subscriber wishes for more than 10 straight days, or more than 15 days in any year;
9. a Covered Accident that occurs while engaged in the activities of active duty service in the military, navy or air force of any country or international organization. Covered Accidents that occur while engaged in Reserve or National Guard training are not excluded until training extends beyond 31 days.
10. operating any type of vehicle while under the influence of alcohol or any drug, narcotic or other intoxicant including any prescribed drug for which the Covered Person has been provided a written warning against operating a vehicle while taking it. Under the influence of alcohol, for purposes of this exclusion, means intoxicated, as defined by the law of the state in which the Covered Accident occurred;
11. voluntary ingestion of any narcotic, drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage.

GA-00-1403.00

Package:000017 of 000093
Presiding Judge: HON KEN HOWARD (603287)
Package : 000017 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## CONVERSION PRIVILEGE

1. If the Covered Person's insurance or any portion of it ends for any of the following reasons:
   a. employment or membership ends;
   b. eligibility ends (except for age for the Employee or Covered Spouse);
   the Covered Person may have Us issue converted accident insurance on an individual policy or an individual certificate under a designated group policy. The Covered Person may apply for an amount of coverage that is:
   a. in $1,000 increments;
   b. not less than $25,000, regardless of the amount of insurance under the group policy; and
   c. not more than the amount of insurance he had under the group policy, except as provided above, up to a maximum amount of $250,000.

   The Covered Person must be under age 70 to get a converted policy.

   If the Covered Person's insurance or any portion of it ends for non-payment of premium, he may not convert. If the Covered Person's insurance ends for a reason described in 2. below, conversion is subject to that section.

   The converted policy or certificate will cover accidental death and dismemberment. The policy or certificate will not contain disability or other additional benefits. The Covered Person need not show Us that he is insurable.

   If the Covered Person has converted his group coverage and later becomes insured under the same group plan as before, he may not convert a second time unless he provides, at his own expense, proof of insurability or proof the prior converted policy is no longer in force.

   The Covered Person must apply for the individual policy within 31 days after his coverage under this Group Policy ends and pay the required premium, based on Our table of rates for such policies, his Age and class of risk. If the Covered Person has assigned ownership of his group coverage, the owner/assignee must apply for the individual policy.

   If the Covered Person suffers a Covered Loss or dies during this 31-day period as the result of an accident that would have been covered under this Group Policy, We will pay as a claim under this Group Policy the amount of insurance that the Covered Person was entitled to convert. It does not matter whether the Covered Person applied for the individual policy or certificate. If such policy or certificate is issued, it will be in exchange for any other benefits under this Group Policy.

   The individual policy or certificate will take effect on the day following the date coverage under the Group Policy ended; or, if later, the date application is made.

   **Exclusions**
   The converted policy may exclude the hazards or conditions that apply to the Covered Person's group coverage at the time it ends. We will reduce payment under the converted policy by the amount of any benefits paid under the group policy if both cover the same loss.

2. If the Covered Person's insurance ends because this Group Policy is terminated or is amended to terminate insurance for the Covered Person's class, and he has been covered under this Group Policy or, any group accident insurance issued to the Employer which the Group Policy replaced, for at least five years, the Covered Person may have Us issue an individual policy or certificate of accident insurance subject to the same terms, conditions and limitations listed above. However, the amount he may apply for will be limited to the lesser of the following:
   a. coverage under this Group Policy less any amount of group accident insurance for which he is eligible on the date this Group Policy is terminated or for which he became eligible within 31 days of such termination, or
   b. $10,000.

Package:000018 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000018 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Extension of Conversion Period**

If the Covered Person is eligible to convert and is not notified of this right at least 15 days prior to the end of the 31 day conversion period, the conversion period will be extended. The Covered Person will have 15 days from the date notice is given to apply for a converted policy or certificate. In no event will the conversion period be extended beyond 90 days. Notice, for the purpose of this section, means written notice presented to the Covered Person by the Subscriber or mailed to the Covered Person's last known address as reported by the Subscriber.

If the Covered Person sustains a Covered Loss or dies during the extended conversion period, but more than 31 days after his coverage under the Group Policy terminates, benefits will not be paid under the Group Policy. If the Covered Person's application for a converted policy or certificate is received by Us and the required premium is paid, benefits may be payable under the converted policy or certificate.

GA-01-1505.00

Package:000019 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000019 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## CLAIM PROVISIONS

**Notice of Claim**
Written or authorized electronic/telephonic notice of claim must be given to Us within 31 days after a Covered Loss occurs or begins or as soon as reasonably possible. If written or authorized electronic/telephonic notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written or authorized electronic/telephonic notice was given as soon as was reasonably possible. Notice can be given to Us at Our Home Office in Philadelphia, Pennsylvania, such other place as We may designate for the purpose, or to Our authorized agent. Notice should include the Subscriber's name and policy number and the Covered Person's name, address, policy and certificate number.

**Claim Forms**
We will send claim forms for filing proof of loss when We receive notice of a claim. If such forms are not sent within 15 days after We receive notice, the proof requirements will be met by submitting, within the time fixed in this Policy for filing proof of loss, written or authorized electronic proof of the nature and extent of the loss for which the claim is made.

**Claimant Cooperation Provision**
Failure of a claimant to cooperate with Us in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Proof of Loss**
Written or authorized electronic proof of loss satisfactory to Us must be given to Us at Our office, within 90 days of the loss for which claim is made. If (a) benefits are payable as periodic payments and (b) each payment is contingent upon continuing loss, then proof of loss must be submitted within 90 days after the termination of each period for which We are liable. If written or authorized electronic notice is not given within that time, no claim will be invalidated or reduced if it is shown that such notice was given as soon as reasonably possible. In any case, written or authorized electronic proof must be given not more than one year after the time it is otherwise required, except if proof is not given solely due to the lack of legal capacity.

**Time of Payment of Claims**
We will pay benefits due under this Policy for any loss other than a loss for which this Policy provides any periodic payment immediately upon receipt of due written or authorized electronic proof of such loss. Subject to due written or authorized electronic proof of loss, all accrued benefits for loss for which this Policy provides periodic payment will be paid monthly unless otherwise specified in the benefits descriptions and any balance remaining unpaid at the termination of liability will be paid immediately upon receipt of proof satisfactory to Us.

**Manner of Payment of Claims**
The Subscriber authorizes that any benefit payment due as a lump sum of $5,000 or more shall be credited to a draft account with the Insurance Company, in the name of the beneficiary. The beneficiary may withdraw the entire proceeds at any time by issuing one or more drafts, or may withdraw lesser amounts, subject to a minimum account balance set by the Insurance Company from time to time. Interest shall be credited to such account at rates as determined from time to time by the Insurance Company.

**Payment of Claims**
All benefits will be paid in United States currency. Benefits for loss of life will be payable in accordance with the Beneficiary provision and these Claim Provisions. All other proceeds payable under this Policy, unless otherwise stated, will be payable to the covered Employee or to his estate.

If We are to pay benefits to the estate or to a person who is incapable of giving a valid release, We may pay $1,000 to a relative by blood or marriage whom We believe is equitably entitled. Any payment made by Us in good faith pursuant to this provision will fully discharge Us to the extent of such payment and release Us from all liability.

Package:000020 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000020 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Payment of Claims to Foreign Employees**
The Subscriber may, in a fiduciary capacity, receive and hold any benefits payable to covered Employees whose place of employment is other than the United States of America.

We will not be responsible for the application or disposition by the Subscriber of any such benefits paid. Our payments to the Subscriber will constitute a full discharge of Our liability for those payments under this Policy.

**Physical Examination and Autopsy**
We, at Our own expense, have the right and opportunity to examine the Covered Person when and as often as We may reasonably require while a claim is pending and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions**
No action at law or in equity may be brought to recover under this Policy less than 60 days after written or authorized electronic proof of loss has been furnished as required by this Policy. No such action will be brought more than three years after the time such written proof of loss must be furnished.

**Beneficiary**
The beneficiary is the person or persons the Employee names or changes on a form executed by him and satisfactory to Us. This form may be in writing or by any electronic means agreed upon between Us and the Subscriber. Consent of the beneficiary is not required to affect any changes, unless the beneficiary has been designated as an irrevocable beneficiary, or to make any assignment of rights or benefits permitted by this Policy.

A beneficiary designation or change will become effective on the date the Employee executes it. However, We will not be liable for any action taken or payment made before We record notice of the change at our Home Office.

If more than one person is named as beneficiary, the interests of each will be equal unless the Employee has specified otherwise. The share of any beneficiary who does not survive the Covered Person will pass equally to any surviving beneficiaries unless otherwise specified.

If there is no named beneficiary or surviving beneficiary, or if the Employee dies while benefits are payable to him, We may make direct payment to the first surviving class of the following classes of persons:

1. spouse;
2. child or children;
3. mother or father;
4. sisters or brothers;
5. estate of the Covered Person.

**Recovery of Overpayment**
If benefits are overpaid, We have the right to recover the amount overpaid by either of the following methods.

1. A request for lump sum payment of the overpaid amount.
2. A reduction of any amounts payable under this Policy.

If there is an overpayment due when the Covered Person dies, Us may recover the overpayment from the Covered Person's estate.

GA-00-CE1600.00 as modified by RA-GA-1000.00

Package:000021 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000021 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## ADMINISTRATIVE PROVISIONS

**Premiums**
All premium rates are expressed in, and all premiums are payable in, United States currency. The premiums for this Policy will be based on the rates set forth in the *Schedule of Benefits*, the plan and amounts of insurance in effect. If a Covered Person's insurance amounts are reduced due to age, premium will be based on the amounts of insurance in force on the day after the reduction took place.

**Draft Accounts**
The Insurance Company shall be entitled to retain, as part of its compensation, any earnings on draft accounts created in connection with benefit claims, in excess of interest credited under the terms of the policy.

**Grace Period**
A Grace Period of 31 days will be granted for payment of required premiums under this Policy. Insurance under this Policy for You, Your Spouse and/or Dependent Children will remain in force during the Grace Period. We will reduce any benefits payable for any claims incurred during the grace period by the amount of premium due. If no such claims are incurred and premium is not paid during the grace period, insurance will end on the last day of the period for which premiums were paid.

GA-00-CE1701.00 as modified by RA-GA-1000.00

Package:000022 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package 000022 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## GENERAL PROVISIONS

**Misstatement of Fact**
If the Covered Person has misstated any fact, all amounts payable under this Policy will be such as the premium paid would have purchased had such fact been correctly stated.

**30 Day Right To Examine Certificate**
If a Covered Person does not like the Certificate for any reason, it may be returned to Us within 30 days after receipt. We will return any premium that has been paid and the Certificate will be void as if it had never been issued.

**Multiple Certificates**
The Covered Person may have in force only one certificate at a time under this Policy. If at any time the Covered Person has been issued more than one certificate, then only the largest shall be in effect. We will refund premiums paid for the others for any period of time that more than one certificate was issued.

**Assignment**
We will be bound by an assignment of a Covered Person's insurance under this Policy only when the original assignment or a certified copy of the assignment, signed by the Covered Person and any irrevocable beneficiary, is filed with Us. The assignee may exercise all rights and receive all benefits assigned only while the assignment remains in effect and insurance under this Policy and the Covered Person's certificate remains in force.

**Reinstatement**
This Policy may be reinstated if it lapsed for nonpayment of premium. Requirements for reinstatement are written application of the Subscriber satisfactory to Us and payment of all overdue premiums. Any premium accepted in connection with a reinstatement will be applied to a period for which premium was not previously paid.

**Clerical Error**
Insurance for You, Your Spouse and/or Dependent Children will not be affected by error or delay in keeping records of insurance under this Policy. If such error or delay is found, We will adjust the premium fairly.

**Policy Changes**
We may agree with the Subscriber to modify a plan of benefits without the Covered Person's consent.

**Workers' Compensation Insurance**
This Policy is not in place of and does not affect any requirements for coverage under any Workers' Compensation law.

GA-00-CE1800.00

Package:000023 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000023 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# DESCRIPTION OF COVERAGES AND BENEFITS

**This *Description of Coverages and Benefits* Section describes the Accident Coverages and Benefits provided to You. Benefit amounts, benefit periods and any applicable aggregate and benefit maximums are shown in the *Schedule of Benefits*. Certain words capitalized in the text of these descriptions have special meanings within this Certificate and are defined in the *General Definitions* section. Please read these and the *Common Exclusions* sections in order to understand all of the terms, conditions and limitations applicable to these coverages and benefits.**

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

**Covered Loss** We will pay the benefit for any one of the Covered Losses listed in the *Schedule of Benefits*, if the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident within the applicable time period specified in the *Schedule of Benefits*.

If the Covered Person sustains more than one Covered Loss as a result of the same Covered Accident, benefits will be paid for the Covered Loss for which the largest available benefit is payable. If the loss results in death, benefits will only be paid under the Loss of Life benefit provision. Any Loss of Life benefit will be reduced by any paid or payable Accidental Dismemberment benefit. However, if such Accidental Dismemberment benefit equals or exceeds the Loss of Life benefit, no additional benefit will be paid.

**Definitions** **Loss of a Hand or Foot** means complete Severance through or above the wrist or ankle joint.

**Loss of Sight** means the total, permanent loss of all vision in one eye which is irrecoverable by natural, surgical or artificial means.

**Loss of Speech** means total and permanent loss of audible communication which is irrecoverable by natural, surgical or artificial means.

**Loss of Hearing** means total and permanent loss of ability to hear any sound in both ears which is irrecoverable by natural, surgical or artificial means.

**Loss of a Thumb and Index Finger of the Same Hand or Four Fingers of the Same Hand** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand).

**Loss of Toes** means complete Severance through the metatarsalphalangeal joint.

**Paralysis or Paralyzed** means total loss of use of a limb. A Physician must determine the loss of use to be complete and irreversible.

**Quadriplegia** means total Paralysis of both upper and both lower limbs.

**Hemiplegia** means total Paralysis of the upper and lower limbs on one side of the body.

**Paraplegia** means total Paralysis of both lower limbs or both upper limbs.

**Uniplegia** means total Paralysis of one upper or one lower limb.

Package:000024 of 000093

Presiding Judge: HON KEN HOWARD (603287)

Package : 000024 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Coma** means a profound state of unconsciousness which resulted directly and independently from all other causes from a Covered Accident, and from which the Covered Person is not likely to be aroused through powerful stimulation. This condition must be diagnosed and treated regularly by a Physician. Coma does not mean any state of unconsciousness intentionally induced during the course of treatment of a Covered Injury unless the state of unconsciousness results from the administration of anesthesia in preparation for surgical treatment of that Covered Accident.

**Severance** means the complete and permanent separation and dismemberment of the part from the body.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* section.
GA-00-2100.00

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES**

Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are shown in the *Schedule of Covered Losses* and will not be paid in addition to any other Accidental Death and Dismemberment benefits payable.

**EXPOSURE AND DISAPPEARANCE COVERAGE**

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if a Covered Person suffers a Covered Loss which results directly and independently of all other causes from unavoidable exposure to the elements following a Covered Accident.

If the Covered Person disappears and is not found within one year from the date of the wrecking, sinking or disappearance of the conveyance in which the Covered Person was riding in the course of a trip which would otherwise be covered under this Policy, it will be presumed that the Covered Person's death resulted directly and independently of all other causes from a Covered Accident.

**Exclusions** The exclusions that apply to this coverage are in the *Common Exclusions* Section.
GA-00-2202.00

Package 000025 of 000093

Presiding Judge, HON. KEN HOWARD (609287)

Package : 000025 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**ADDITIONAL ACCIDENT BENEFITS**

Accidental Death and Dismemberment benefits are provided under the following Additional Benefits. Any benefits payable under them will be paid in addition to any other Accidental Death and Dismemberment benefit payable.

**SEATBELT AND AIRBAG BENEFIT**

We will pay the benefit shown in the *Schedule of Benefits*, subject to the conditions and exclusions described below, when the Covered Person dies directly and independently of all other causes from a Covered Accident while wearing a seatbelt and operating or riding as a passenger in an Automobile. An additional benefit is provided if the Covered Person was also positioned in a seat protected by a properly-functioning and properly deployed Supplemental Restraint System (Airbag).

Verification of proper use of the seatbelt at the time of the Covered Accident and that the Supplemental Restraint System properly inflated upon impact must be a part of an official police report of the Covered Accident or be certified, in writing, by the investigating officer(s) and submitted with the Covered Person's claim to Us.

If such certification or police report is not available or it is unclear whether the Covered Person was wearing a seatbelt or positioned in a seat protected by a properly functioning and properly deployed Supplemental Restraint System, We will pay a default benefit shown in the *Schedule of Benefits* to the Covered Person's beneficiary.

In the case of a child, seatbelt means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like Age and weight at the time of the Covered Accident.

**Definitions** For purposes of this benefit:
**Supplemental Restraint System** means an airbag that inflates upon impact for added protection to the head and chest areas.

**Automobile** means a self-propelled, private passenger motor vehicle with four or more wheels which is a type both designed and required to be licensed for use on the highway of any state, province or country. Automobile includes, but is not limited to, a sedan, station wagon, sport utility vehicle, or a motor vehicle of the pickup, van, camper, or motor-home type. Automobile does not include a mobile home or any motor vehicle which is used in mass or public transit.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* Section.

GA-00-2251.00

Package:000026 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package 000026 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**SPECIAL EDUCATION BENEFIT**
We will pay the benefit, up to the Maximum Benefit shown in the *Schedule of Benefits,* for each qualifying Dependent Child. The Covered Person's death must result, directly and independently of all other causes from a Covered Accident for which an Accidental Death Benefit is payable under this Policy. This benefit is subject to the conditions and exclusions described below.

A qualifying Dependent Child must:

1. a. be enrolled as a full-time student in an accredited school of higher learning beyond the 12th grade level on the date of the covered Employee's Covered Accident; *or*
   b. be at the 12th grade level on the date of the covered Employee's Covered Accident and then enroll as a full-time student at an accredited school of higher learning within 365 days from the date of the Covered Accident and continue his education as a full-time student.
2. continue his education as a full-time student in such accredited school of higher learning; and
3. incur expenses for tuition, fees, books, room and board, transportation and any other costs payable directly to, or approved and certified by, such school.

Payments will be made to each qualifying Dependent Child or to the child's legal guardian, if the child is a minor at the end of each year for the number of years shown in the *Schedule of Benefits*. We must receive proof satisfactory to Us of the Dependent Child's enrollment and attendance within 31 days of the end of each year. The first year for which a Special Education Benefit is payable will begin on the first of the month following the date the covered Employee died, if the surviving Dependent Child was enrolled on that date in an accredited school of higher learning beyond the 12th grade; otherwise on the date he enrolls in such school. Each succeeding year for which benefits are payable will begin on the date following the end of the preceding year.

If no Dependent Child qualifies for Special Education Benefits within 365 days of the covered Employee's death, We will pay the default benefit shown in the *Schedule of Benefits* to the covered Employee's beneficiary.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2252a.00

Package:000027 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000027 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**AMENDATORY RIDER**
**DOMESTIC PARTNER/CIVIL UNION PARTNER COVERAGE**

**Subscriber: Whayne Supply Company**
**Policy No.: OK 970307** **Effective Date: January 1, 2019**

**This rider amends the Policy and Certificate to which it is attached. It is effective on the Effective Date shown above, and expires when the Policy expires.**

**Domestic Partner/Civil Union Partner means the following:**

1. **A person with whom the Employee has a registered civil union or domestic partnership under state law which imposes legal obligations on the parties substantially similar to marriage. Such person will continue to be recognized as a Domestic Partner or Civil Union Partner unless and until: (1) the civil union or domestic partnership is dissolved under applicable law; or (2) either the Employee or the Domestic Partner/Civil Union Partner marries another person.**

2. **A person who was legally married to the Employee under the laws of a state permitting marriage of partners of the same sex, where the Employee and Domestic Partner/Civil Union Partner currently reside in a state that does not recognize a valid marriage. This shall not apply if:**
   a. **the marriage has been terminated by legal process, or;**
   b. **either the Employee or the Domestic Partner/Civil Union Partner has entered into a valid marriage, civil union or domestic partnership under state law.**

**All references in the policy to "Spouse" shall be changed to read "Spouse, Domestic Partner, and Civil Union Partner" except as follows:**

1. **The definition of "Spouse" remains unchanged.**

2. **A Domestic Partner/Civil Union Partner shall be deemed eligible to be enrolled for insurance or eligible for Additional Benefits on the latest of:**
   a. **the date of registration under item 1 of the definition of Domestic Partner/Civil Union Partner;**
   b. **the date that the Employee is eligible for insurance under the Policy; or;**
   c. **the effective date of this Amendment to the Policy.**

3. **A child of a Domestic Partner/Civil Union Partner may only be eligible to be insured or eligible for Additional Benefits if:**
   a. **the child is primarily dependent on the Employee for financial support;**
   b. **the Employee has a legal obligation of support of the child; or**
   c. **the Employee is the child's legal guardian.**

Package: 000028 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000028 of 000093

21
Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk
20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Any provision of the Policy that otherwise excludes any person who is not legally able to marry the Employee is changed by the following:**

**In the case of any person of the same sex as the Employee, the exclusion of persons legally able to marry will not apply for the first 12 months that the Employee's state of residence allows same-sex couples to marry.**

**Except for the above this rider does not change the Policy or Certificate to which it is attached.**

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

**William J. Smith, President**

**TL-007153**

Package:000029 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000029 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

**AMENDATORY RIDER**
**TRAVEL ASSISTANCE SERVICES**

Policyholder: Whayne Supply Company
Policy No.: OK 970307 Effective Date: January 1, 2019

This rider amends the Policy and Certificate to which it is attached. It is effective on the Effective Date shown above, and expires when the Policy expires.

**Travel Assistance Services**

We will pay the cost of the Covered Services described below, subject to all applicable conditions and exclusions, resulting, directly and independently of all other causes, from a Covered Medical Emergency. The Covered Medical Emergency must occur and Covered Services must be incurred during the course of travel or other activities covered by the Policy, and while the Covered Person is either more than 100 miles from his permanent residence or outside of his country of permanent residence.

To obtain services, the Covered Person must contact Us or our authorized service provider at the phone number provided by the Policyholder. All services must be provided by our authorized service provider unless authorized by Us.

**Covered Services**

Covered Services includes the reasonable costs for medically necessary services provided by Us or by our authorized service provider, and which are provided by our authorized service provider unless authorized by Us, for any of the following.

**Emergency Medical Evacuation**

Medically necessary expenses for Transportation of the Covered Person to the nearest adequate medical facility, if adequate medical care is not available at the Covered Person's location.

Cost of any medically necessary services or equipment that the Covered Person receives during transportation covered under this provision.

Cost of transporting qualified and licensed medical professional(s) or an Immediate Family Member or a Travel Companion if medically required to escort the Covered Person during transportation covered under this provision.

Transportation will be provided by medically equipped specialty aircraft, commercial airline, train or ambulance depending upon the medical needs and available transportation specific to each case.

Package:000030 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000030 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

**Return Transportation**

Any increase in the cost of the Covered Person's return transportation to his or her home or work location following emergency medical evacuation covered under this benefit, above the cost of the Covered Person's original scheduled return transportation.

Any increased cost of the transportation for an Immediate Family Member or Travel Companion of the Covered Person to return to his or her primary residence, if he or she accompanied the Covered Person on the trip where the emergency occurred, and was as a result not able to return to his or her primary residence when originally scheduled.

Unless it is medically necessary for another means of transportation to be provided, such return transportation costs will be covered for the same class of travel as the Covered Person's original transportation.

In the case of an Immediate Family Members who is a child under age 18, who is left without a parent, guardian or other adult to accompany the child, We will cover the reasonable cost of an escort to accompany the child to the nearest airport. If under the applicable rules of the airline, the child is too young to travel unaccompanied by an adult, We will pay the round trip economy airfare for an adult family member from the child's place of residence to the airport nearest the child.

**Immediate Family Member Visit**

Expenses for an Immediate Family Member or Friend of the Covered Person to visit the Covered Person during hospitalization away from the Covered Person's primary residence, if the Covered Person is hospitalized or expected to remain hospitalized for 7 or more consecutive days following emergency medical evacuation covered under this benefit. Such expenses shall be limited to one person only, and shall include round-trip economy airfare, and an allowance of $150.00 per day for up to 7 days for meals and lodging.

If a Dependent Child is evacuated, We will pay the expenses of an adult Immediate Family Member who accompanied the Dependent Child on the trip where the emergency occurred, to accompany the Dependent Child during the evacuation and during the Dependent Child's return to his or her place of residence. If the Dependent Child was not accompanied by an adult Immediate Family Member on the trip where the emergency occurred, We will pay expenses described in the preceding paragraph, without regard to the expected duration on the hospitalization.

**Repatriation of Remains**

If the Covered Person dies as a result of a Covered Medical Emergency, or during a Medical Evacuation covered by this Policy, the following expenses will be covered:

1. Embalming;
2. Cremation in the locality where death occurred and urn for return ashes;
3. A container appropriate for transportation of remains;
4. Autopsy if required by law;
5. Expenses of securing documentation necessary for return of remains;
6. Transportation of the body or remains to the Covered Person's place of permanent residence.

Package:000031 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000031 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Definitions**

"Covered Medical Emergency" means an injury, illness or disease diagnosed by a Physician which causes severe or acute symptoms that, if not provided with immediate care or treatment, would reasonably be expected to result in serious deterioration of the Covered Person's health or place his life in jeopardy; and which first manifests itself suddenly and unexpectedly during the travel or other hazards covered by the Policy.

"Immediate Family Member" means a spouse, parent, child, step-parent, step-child, brother or sister, step-brother or step-sister, grandparent, or Domestic Partner.

"Travel Companion" means an individual, other than an Immediate Family Member, who accompanied the Covered Person on the trip where the emergency occurred.

"Friend" means a person chosen by the Covered Person, other than an Immediate Family Member who is able to visit the Covered Person.

**Limitations**

Covered Expenses are secondary to, and in excess of, any expenses for medical or transportation services paid or payable under any workers' compensation law.

No payment will be made for services without authorization of those services by Us or the express written approval of Our approved vendor.

If coverage for these services is provided under more than one policy issued by the Insurance Company, we will only provide or pay for these services under one such policy.

Package:000032 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000032 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Exclusions**

**The exclusions listed in the Policy's Common Exclusions section will not apply to Medical Evacuation and Repatriation Expenses, except for exclusions relating to war or acts of war, suicide or intentionally self-inflicted injury. In addition, the following exclusions apply specifically to this coverage:**

1. **Non-Emergency, routine or minor medical problems, tests and exams where there is no clear or significant risk of death or imminent serious Injury or harm to the Covered Person;**
2. **a condition which would allow for treatment at a future date convenient to the Covered Person and which does not require Emergency evacuation or repatriation;**
3. **expenses incurred if a purpose of the Covered Person's trip is to obtain medical treatment;**
4. **services provided for which no charge is normally made, in the absence of insurance;**
5. **transportation for the Covered Person's vehicle and/or other personal belongings;**
6. **Initial transport by ambulance following a Covered Medical Emergency occurring in the United States;**
7. **services incurred while serving in the armed forces of any country;**
8. **services required or obtained in any location which, due to war, insurrection, natural disaster or other reasons, is not reasonably accessible to our designated service provider, unless approved in advance by us;**
9. **claim payments that are illegal under applicable law;**
10. **expenses which are paid or payable under any workers' compensation law;**
11. **Medical care or services scheduled for Your or Your doctor's convenience which are not considered an emergency.**

**Except for the above this rider does not change the Policy or Certificate to which it is attached.**

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

William J. Smith

**William J. Smith, President**

**GA-00-2230c.00**

**26**

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package: 000033 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000033 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Life Insurance Company of North America**
**1601 Chestnut Street**
**Philadelphia, Pennsylvania 19192-2235**

## MODIFYING PROVISIONS AMENDMENT

**Subscriber: Whayne Supply Company** **Policy No.: OK 970307**

**Amendment Effective Date: January 1, 2019**

This amendment is attached to and made part of the Policy specified above and the Certificates issued under it. Its provisions are intended to conform this Policy to the laws of the state in which the insured resides.

The Policy and any Certificates delivered under the Group Policy are amended as follows:

**Arkansas residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. Under the *General Definitions* section, item 2 of the second paragraph of the definition of Dependent Child is replaced with the following:

   2. adopted child, or a child under the charge, care or control of the Employee, Member for whom the Employee, Member has filed a petition to adopt.

**Connecticut residents:**

1. The following benefit is added to the *Schedule of Benefits* section:

   **AMBULANCE BENEFIT**
   Basic Benefit — Equal to the lesser of billed charges or rate established by the CT Dept. of Public Health

2. In the *General Definitions* section the definition of Hospital and Totally Disabled are replaced with the following:

   **Hospital** An institution that meets all of the following:
   1. it is licensed as a Hospital pursuant to applicable law;
   2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
   3. it is managed under the supervision of a staff of medical doctors;
   4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
   5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
   6. it charges for its services.

   Hospital shall include a Veteran's Administration Hospital or Federal Government Hospital and the requirement that a patient must incur an expense as an Inpatient shall be waived.

   The term Hospital does not include a clinic, facility, or unit of a Hospital for:
   1. rehabilitation, convalescent, custodial, educational or nursing care;
   2. the aged, drug addicts or alcoholics;
   3. a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000034 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000034 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

| **Totally Disabled or Total Disability** | **Totally Disabled or Total Disability means either:**<br>**1. inability of the Covered Person who is currently employed to do any type of work for which he is or may become qualified by reason of education, training or experience; or**<br>**2. inability of the Covered Person who is not currently employed to perform the normal activities of a person of like age and sex and who is under the regular care of a Physician who certifies that such person is Totally Disabled.** |
|---|---|

**3. In the *Eligibility and Effective Date Provisions*, the Eligibility section is replaced with the following:**

**Eligibility**
**An Employee becomes eligible for insurance under this Policy on the date he meets all of the requirements of one of the Covered Classes and completes any Eligibility Waiting Period, as shown in the *Schedule of Benefits*. A Spouse and Dependent Children of an eligible Employee become eligible for any dependent insurance provided by this Policy on the later of the date the Employee becomes eligible and the date the Spouse or Dependent Child meets the applicable definition shown in the *Definitions* section of this Policy. No person may be eligible for insurance under this Policy as both an Employee and a Spouse or Dependent Child at the same time. However, this limitation will not apply when the Employee and the Spouse are employed by the same Employer and by reason to their employment are both participating in a group insurance plan.**

**4. In the *General Provisions* section, the following provision is replaced:**

**Incontestability**
**1. Of This Policy or Participation Under This Policy**
**All statements made by the Subscriber to participate under this Policy are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, or to deny the validity of this Policy or of participation under this Policy unless a copy of the instrument containing the statement is, or has been, furnished to the Subscriber.**

**After two years from the Policy Effective Date, no such statement will cause this Policy to be contested.**

**2. Of A Covered Person's Insurance**
**All statements made by a Covered Person are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a copy of the instrument containing the statement is, or has been, furnished to the claimant.**

**After two years from the Covered Person's effective date of insurance, or from the effective date of increased benefits, no such statement will cause insurance or the increased benefits to be contested except for lack of eligibility for insurance.**

**In the event of death or incapacity, the beneficiary or representative shall be given a copy.**

Package 000035 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000035 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

5. The following benefit is added to the *Description of Benefits* section:

**AMBULANCE BENEFIT**
We will pay the benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, if the Covered Person requires ambulance services due to a Covered Injury resulting directly and independently of all other causes from a Covered Accident.

The Covered Person must be transported by ambulance to a Hospital and admitted as an inpatient Any payment will be paid directly to the ambulance provider rendering such service if such provider has not received payment for such service from any other source and includes the following statement on the face of each bill: "NOTICE: This bill subject to mandatory assignment pursuant to Connecticut general statutes."

In the event any Covered Person is covered under more than one policy, the Hospital Policy will be primary and pay benefits.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2212.07

6. The following Conversion Privilege section applies:

**Conversion Privilege**

1. If the Covered Person's insurance or any portion of it ends for a reason other than non-payment of premium, the Covered Person's Age or those reasons described in Paragraph 2 below, the Covered Person may have Us issue converted accident insurance on an individual policy or an individual certificate under a designated group policy. The Covered Person may not apply for an amount greater than his coverage under this Group Policy less the amount of any other group accident insurance for which he becomes eligible within 31 days after the date coverage under this Group Policy terminated. The policy or certificate will not contain disability or other additional benefits. The Covered Person need not show Us that he is insurable.

   The Covered Person must apply for the individual policy within 31 days after his coverage under this Group Policy ends and pay the required premium, based on Our table of rates for such policies, his Age and class of risk.

   The individual policy or certificate will take effect on the day following the date coverage under the Group Policy ended. If the Covered Person dies during this 31-day period as the result of an accident that would have been covered under this Group Policy, We will pay as a claim under this Group Policy the amount of insurance that the Covered Person was entitled to convert. It does not matter whether the Covered Person applied for the individual policy or certificate. If such policy or certificate is issued, it will be in exchange for any other benefits under this Group Policy.

2. If the Covered Person's insurance ends because this Group Policy is terminated or is amended to terminate insurance for the Covered Person's class, and he has been covered under this Group Policy for at least five years, the Covered Person may have Us issue an individual policy or certificate of accident insurance subject to the same terms, conditions and limitations listed above. However, the amount he may apply for will be limited to the lesser of the following:
   a. coverage under this Group Policy less any amount of group accident insurance for which he is eligible on the date this Group Policy is terminated or for which he became eligible within 31 days of such termination, or
   b. $10,000.

Package:000036 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000036 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**District of Columbia residents:**

Under the *General Definitions* section, item 4 of the second paragraph of the definition of Dependent Child is replaced with the following:

4. minor grandchildren, nieces, or nephews under the Employee's primary care, and if the legal guardian of the minor grandchild, niece, or nephew, if other than the Employee, is not covered by an accident or sickness policy. Here "primary care" means that the Employee provides food, clothing, and shelter, on a regular and continuous basis, for the minor grandchild, niece, or nephew during the time the District of Columbia public schools are in regular session.

**Georgia residents:**

Under the *General Definitions* section, item 2 of the first paragraph of the definition of Dependent Child is replaced with the following:

2. A child shall continue to be insured up to and including age 26 so long as the coverage of the Employee continues in effect, the child remains a dependent of the insured parent or guardian, and the child, in each calendar year since reaching age 19, has been enrolled for five calendar months or more as a full-time student at a postsecondary institution of higher learning or, if not so enrolled, would have been eligible to be so enrolled and was prevented from being so enrolled due to Sickness or Injury.

**Louisiana residents:**

1. Under the *General Definitions* section, the definition of Dependent Child is replaced with the following:

**Dependent Child(ren)**

An Employee's unmarried child who meets the following requirements:

1. A child from live birth to 21 years old;
2. A child who is 21 or more years old but less than 26 years old, enrolled in a school, including vocational, technical, vocation-technical, trade schools and colleges, as a full-time student and primarily supported by the Employee;
3. A child who is 21 or more years old, primarily supported by the Employee and incapable of self-sustaining employment by reason of mental physical handicap.

A child, for purposes of this provision, includes an Employee's:

1. natural child;
2. adopted child, beginning with any waiting period pending finalization of the child's adoption;
3. stepchild who resides with the Employee;
4. child for whom the Employee is legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.
5. unmarried grandchild who is under 21 years of age and who is in the legal custody of and residing with the Employee.

2. In the *Common Exclusions* section, item 11 is replaced with the following:

11. voluntary ingestion of any narcotic drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage;

Package 000037 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000037 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

3. In the *Administrative Provisions* section, the following provision is replaced as follows:

**Changes in Premium Rates**
We may change the premium rates from time to time with at least 31 days advance written notice to the Subscriber. If the rate increase is twenty percent or more there will be 45 days written notice which may be waived for groups covering one hundred or more persons, provided this is agreed to by Us and the Policyholder. No change in rates will be made until 12 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12-month period. However, We reserve the right to change rates at any time if any of the following events take place:

1. the terms of this Policy change;
2. the terms of the Subscriber's participation change;
3. a division, subsidiary, affiliated company or eligible class is added or deleted from this Policy;
4. there is a change in the factors bearing on the risk assumed;
5. any federal or state law or regulation is amended to the extent it affects Our benefit obligation.

4. In the *General Provisions* section, the following provisions are replaced:

**Policy Termination**
We may terminate coverage on or after the first anniversary of the policy effective date as of any premium due date. Subscriber may terminate coverage on any premium due date. Written notice by certified mail must be given at least 60 days prior to such premium due date. Failure by Subscriber to pay premiums when due or within the grace period shall be deemed notice to Us to terminate coverage at the end of the period for which premium was paid. Cancellation for nonpayment of premium or failure to meet the requirements for being a group will not be subject to this 60 day requirement.
Termination will not affect a claim for a Covered Loss that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

**Conformity with Statutes**
Any provisions in conflict with the requirements of Louisiana or federal law that apply to this Policy are automatically changed to satisfy the minimum requirements of such laws.

**Massachusetts residents:**

Under the *Eligibility and Effective Date Provisions* section, the following is added:

**Continuation of Insurance after leaving the group**
If a Covered Person leaves the group covered under the Policy, insurance for such Covered Person will be continued until the earliest of the following dates:

1. 31 days from the date the Covered Person leaves the group;
2. the date the Covered Person becomes eligible for similar benefits.

**Continuation of Insurance due to a Plant Closing or Partial Closing**
If an Employee leaves the group due to termination of employment resulting from a Plant Closing or Partial Closing, insurance for such Employee will be continued until the earliest of the following dates:

1. 90 days from the date of the Plant Closing or Partial Closing;
2. the date the Employee becomes eligible for similar benefits.

**Definitions:** For purposes of this provision:

**Plant Closing** means a permanent cessation or reduction of business at a facility which results or will result as determined by the director in the permanent separation of at least 90% of the employees of said facility within a period of six months prior to the date of certification or with such other period as the director shall prescribe, provided that such period shall fall within the six month period prior to the date of certification.

**Partial Closing** means a permanent cessation of a major discrete portion of the business conducted at a facility which results in the termination of a significant number of the employees of said facility and which affects workers and communities in a manner similar to that of Plant Closings.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package: 000038 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000038 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Missouri residents:**

1. **Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.**

2. **Under the *General Definitions* section, the definition of *Totally Disabled or Total Disability* means either:**
   a) **the inability of the Covered Person who is currently employed to perform the material and substantial duties of the Covered Person's occupation for a period of at least twelve months. After the initial benefit period, total disability shall mean the Covered Person's inability to perform the material and substantial duties of any occupation for which the Covered Person is qualified by education, training or experience; or**
   b) **the inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.**

**Montana residents:**

**Under the *General Definitions* section, the definition of *Sickness* is replaced with the following:**

**Sickness** **A physical or mental illness including pregnancy**

Package:000039 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000039 of 000093

32

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**New Hampshire residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. If applicable, the definition of Emergency Room Treatment is replaced with the following:

**Emergency Room Treatment** Emergency medical services and care given in a Hospital as an out or inpatient, for a sudden, unexpected onset of a medical condition that manifests itself by symptoms of sufficient severity that in the absence of immediate medical attention could be expected to result in any of the following:
1. serious jeopardy to the covered Employee's health;
2. serious impairment to bodily functions; or
3. serious dysfunction of any bodily organ or part.

3. The definition of Hospital is replaced with the following.

**Hospital** An institution that meets all of the following:
1. it is operated pursuant to applicable law;
2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
3. it is managed under the supervision of a staff of medical doctors;
4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
6. it charges for its services.

Hospital shall include a Veteran's Administration Hospital or Federal Government Hospital and the requirement that a patient must incur an expense as an Inpatient shall be waived.

The term Hospital does not include a clinic, facility, or unit of a Hospital for:
1. rehabilitation, convalescent, custodial, educational or nursing care;
2. the aged, drug addicts or alcoholics;
3. a Veteran's Administration Hospital or Federal Government Hospitals unless the Covered Person incurs an expense.

Package:000040 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000040 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**South Carolina residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. Under the *Claim Provisions*, the following changes are made.
   a. The *Claimant Cooperation Provision* does not apply.
   b. The provision titled *Physical Examination and Autopsy* is replaced with the following:
   **Physical Examination and Autopsy**
   We, at Our own expense, have the right and opportunity to examine the Covered Person when and as often as We may reasonably require while a claim is pending. If an autopsy is performed, it will be in the State of South Carolina and during the period of contestability unless prohibited by law.
   c. The provision titled *Legal Actions* is replaced with the following:
   **Legal Actions**
   No action at law or in equity may be brought to recover under this Policy less than 60 days after written or authorized electronic proof of loss has been furnished as required by this Policy. No such action will be brought more than six years after the time such written proof of loss must be furnished.

3. Under the *General Provisions*, the following changes are made.
   The *Multiple Certificates* provision does not apply.

**South Dakota residents:**

Under the *Common Exclusions* section, the following changes are not permitted:

1. the Covered Person being legally intoxicated as determined according to the laws of the jurisdiction in which the Covered Accident occurred;
2. the Covered Person being Intoxicated. "Intoxicated" means having a blood alcohol level of .08 or higher;
3. the Covered Person operating a motorized vehicle while under the influence of alcohol or drugs as defined according to the laws of the jurisdiction in which the Accident occurred;
4. voluntary ingestion of any narcotic, drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage;
5. occupational injuries for which benefits are not paid under the Workers' Compensation Law or any similar law;
6. operating any type of vehicle while under the influence of alcohol or any drug , narcotic or other intoxicant including any prescribed drug for which the Covered Person has been provided a written warning against operating a vehicle while taking it. Under the influence of alcohol, for purposes of this exclusion, means intoxicated, as defined by the law of the state in which the Covered Accident occurred;
7. the Covered Person was driving a Private Passenger Automobile at the time of the Covered Accident that resulted in the Covered Loss; and he was intoxicated, as that term is defined by the laws of the state in which the Covered Accident occurred.

Package:000041 of 000093

Presiding Judge: HON KEN HOWARD (609287)

Package : 000041 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Texas residents:**

Under the *General Definitions* section, the definition of Dependent Child is replaced with the following:

**Dependent Child(ren)**

An Employee's unmarried child who meets the following requirements:

1. A child from live birth to 26 years old. The initial coverage period for newborn children shall continue for a period of at least 31 days.
2. A child who is 26 or more years old, chiefly dependent on the Employee for support and maintenance and incapable of self-sustaining employment by reason of mental or physical disability.

A child, for purposes of this provision, includes an Employee's:

1. natural child;
2. adopted child, including a child for whom the Employee is a party to a suit to seek the adoption of the child. It also means the adopted child of the Employee's Spouse provided the child is living with, and is financially dependent upon the Employee;
3. grandchild of the Employee who is a dependent on the Employee for federal income tax purposes at the time the application for coverage of such grandchild is made;
4. child for whom the Employee is required to provide medical support under court order;
5. stepchild who resides with the Employee and is financially dependent upon the Employee;
6. child for whom the Employee is the court-appointed legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.

**Vermont residents:**

To the extent the Policy provides insurance coverage to a spouse, the identical consideration must be applied to same sex marriages and civil unions. The language is as follows:

1. Civil Union Partner means:
   a. A person with whom the Employee has a registered civil union under Vermont law which imposes obligations on the parties substantially similar to marriage. Such person will continue to be recognized as a Civil Union Partner unless and until: (1) the civil union is dissolved under applicable law; or (2) either the Employee or the Civil Union Partner marries another person.

2. Spouse means:
   a. "Lawful spouse" and includes a lawful spouse of the same sex.
   b. This also includes a partner to a civil union recognized under Vermont Law.

Package:000042 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000042 of 000093



Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**West Virginia residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. Under the *General Definitions* section, the definition of Hospital does not require that an institution be licensed as a Hospital pursuant to applicable law, but does require that an institution operate pursuant to applicable law.

3. Under the *General Definitions* section, the definition of Totally Disabled or Total Disability is replaced with the following:
   **Totally Disabled or Total Disability**
   Totally Disabled or Total Disability means either:
   1. inability of the Covered Person who is currently employed to perform substantially all of the material duties of his job, or any other job for which he is or may become qualified by reason of education, training or experience; or
   2. inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.

Signed for the
**Life Insurance Company of North America**

William J. Smith, President

GA-00-3000.00

Package:000043 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000043 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**SUPPLEMENTAL INFORMATION**
**for**

**Whayne Supply Company Insurance Plan ("Plan")**

**required by the Employee Retirement**
**Income Security Act of 1974**

As a Plan participant in Whayne Supply Company's Plan, you are entitled to certain information, rights and protection under the Employee Retirement Income Security Act of 1974 (ERISA).

The benefits described in your Certificate are provided under a group insurance Policy issued by the Insurance Company. The Policy is incorporated into the Plan. The Certificate, along with the following Supplemental Information, makes up the Summary Plan Description as required by ERISA.

**IMPORTANT INFORMATION ABOUT THE PLAN**

- The Plan is established and maintained by Whayne Supply Company, the Plan Sponsor.
- The Employer Identification Number (EIN) is 610401854.
- The Plan Number is: 504.
- The Insurance Plan is administered directly by the Plan Administrator with benefits provided, in accordance with the provisions of the group insurance contract, OK 970307 ("Policy"), issued by LIFE INSURANCE COMPANY OF NORTH AMERICA ("Insurance Company").
- The Plan Administrator is: Whayne Supply Company
  10001 Linn Station Road
  Lousiville, KY 40223
  502-774-4441

  The Plan Administrator has authority to control and manage the operation and administration of the Plan.
- The Plan Sponsor may terminate, suspend, withdraw or amend the Plan, in whole or in part, at any time, subject to the applicable provisions of the Policy. (Your rights upon termination or amendment of the Plan are set forth in your Certificate.)
- The agent for service of legal process is the Plan Administrator.
- The Plan of benefits is financed by the Employer and Employees.
- The date of the end of the Plan Year is December 31.

**YOUR RIGHTS AS SET FORTH BY ERISA**

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

Package:000044 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000044 of 000093

37

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Receive Information About Your Plan and Benefits**

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefit Security Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefit Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefit Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefit Security Administration.

**WHAT YOU SHOULD DO AND EXPECT IF YOU HAVE A CLAIM**

The Plan Administrator designates and names the Insurance Company the named fiduciary for deciding claims and appeals for benefits under the Plan. The Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact. All decisions made by the Insurance Company shall be final and binding on Participants and Beneficiaries to the full extent permitted by applicable law.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000045 of 000093
Presiding Judge: HON. KEN HOWARD (609287)

Package: 000045 of 000093

20106101085002

**Claims for Disability Benefits (applies to all claims filed on or after April 1, 2018)**

A disability "claim" is any claim which requires a determination of disability by the Insurance Company regardless of the type of policy under which it arises (for example, short/long term disability, waiver of premium, etc.). A disability claim is "filed" as of the date the Insurance Company first receives, in writing (including electronically) or by telephone (through the Insurance Company's intake department), notice that a claimant is seeking disability benefits under the Policy. The notice of claim received should provide the date of disability/loss, the claimant's name and address, and the group Policy holder's name and address. Properly filed claims will be decided with independence and impartiality.

The Insurance Company has 45 days from the date it receives a claim for disability benefits to determine whether or not benefits are payable in accordance with the terms of the Policy. The Insurance Company may require more time to review the claim if necessary due to matters beyond its control. The review period may be extended for up to two additional 30 day periods. If this should happen, the Insurance Company must provide its extension notice in writing before expiration of the current decision period, explaining the circumstances requiring extension and the date a decision is expected. If the extension is made because additional information must be furnished, the claimant has 45 days within which to provide the requested information and the time for the Insurance Company's decision shall be tolled (stopped) from the date on which the notification of the extension was sent until the date the Insurance Company receives the claimant's response or upon the date the requested information is required to be furnished expires, whichever is sooner.

During the review period, the Insurance Company may require a medical examination of the claimant, at its own expense, or additional information regarding the claim. If a medical examination is required, the Insurance Company will notify the claimant of the date and time of the examination and the physician's name and location. If additional information is required, the Insurance Company will notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit. If the claim decision is adverse, in whole or in part, the Insurance Company will provide written or electronic notice which will include the following information:

1. The specific reason(s) for the decision;
2. Specific reference to the Policy provision(s) on which the decision was based;
3. A description of any additional information required to perfect the claim, and the reason this information is necessary;
4. A description of the review procedures and the time limits applicable to those procedures, including a statement of the claimant's right to bring a civil action under section 502(a) of ERISA after the claimant appeals and after the claimant receives an adverse decision on appeal;
5. A discussion of the decision, including an explanation of the basis for disagreeing with or not following: (i) the views presented by the claimant to the Insurance Company of the health care professionals treating the claimant and vocational professionals who evaluated the claimant; (ii) the views of medical or vocational experts whose advice was obtained on behalf of the Insurance Company in connection with the claimant's adverse benefit decision, without regard to whether the advice was relied upon in making the benefit decision; and (iii) a disability decision regarding the claimant presented by the claimant to the Insurance Company made by the Social Security Administration;
6. Either the specific internal rules, guidelines, protocols, standards or other similar plan criteria the Insurance Company relied upon in making the decision, or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar plan criteria do not exist;.
7. If the adverse decision is based upon medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the decision, applying the terms of the Policy to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request;
8. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits; and
9. A notice provided in a culturally and linguistically appropriate manner, to the extent required by ERISA.

Package:000046 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000046 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Appeal of Denied Disability Claims (applies to all claims filed on or after April 1, 2018)**

Whenever a claim decision is fully or partially adverse, unless ERISA provides otherwise, the claimant must appeal once to the Insurance Company. As part of the claimant's appeal, the claimant may receive, upon request, free of charge, copies of all documents, records, and other information relevant to the claim for benefits, and the claimant may submit to the Insurance Company, written comments, documents, records, and other information relating to the claim. The review will take into account all comments, documents, records and other information the claimant submits related to the claim, without regard to whether such information was submitted or considered in the initial claim decision. Once an appeal request has been received by the Insurance Company, a full and fair review of the claim appeal will take place.

A written request for appeal must be received by the Insurance Company within 180 days from the date the claimant received the adverse decision. If an appeal request is not received within that time, the right to appeal will have been waived. The Insurance Company has 45 days from the date it receives a request for appeal to provide its decision. Under special circumstances, the Insurance Company may require more time to review the claim and can extend the time for decision, once, by an additional 45 days. If this should happen, the Insurance Company must provide the extension notice, in writing, before expiration of the initial decision period, indicating the special circumstances and the date a decision is expected. If the extension is made because additional information must be furnished, the claimant has 45 days within which to provide the requested information and the time for the Insurance Company's decision shall be tolled (stopped) from the date on which the notification of the extension was sent until the date the Insurance Company receives the claimant's response or upon the date the requested information is required to be furnished expires, whichever is sooner.

The review will give no deference to the original claim decision. The review will not be made by the person who made the initial claim decision, or a subordinate of that person. When deciding an appeal based in whole or in part upon medical judgment, the Insurance Company will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment. Any medical or vocational experts consulted by the Insurance Company for the review will be identified and will not be the expert who was consulted during the initial claim decision or a subordinate of that expert.

During the appeal, the Insurance Company may require a medical examination of the claimant, at its own expense, or additional information regarding the claim. If a medical examination is required, the Insurance Company will notify the claimant of the date and time of the examination and the physician's name and location. If additional information is required, the Insurance Company will notify the claimant, in writing, stating what information is needed and why it is needed.

Before the Insurance Company issues an adverse benefit decision on appeal, if the Insurance Company considered, relied upon, or generated any new or additional evidence in connection with the claim, and/or if the Insurance Company intends to rely on any new or additional rationale in connection with that review, then such evidence and/or rationale will be provided to the claimant, free of charge, as soon as possible and sufficiently in advance of the date that the decision on appeal is required to be made, giving the claimant a reasonable opportunity to respond.

If the claim is approved, the Insurance Company will pay the appropriate benefit. If the claim decision on appeal is adverse, in whole or in part, the Insurance Company will provide written or electronic notice that includes:

1. The specific reason(s) for the decision;
2. Specific reference to the Policy provision(s) on which the decision was based;
3. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits;
4. A statement describing any voluntary appeal procedures offered, and the claimant's right to obtain the information about those procedures;
5. A statement of claimant's right to bring a civil action under section 502(a) of ERISA, including a description of any applicable contractual limitations period that applies to the claimant's right to bring such an action, and the calendar date on which the contractual limitations period expires for the claim;

Package:000047 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000047 of 000093

40

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

6. A discussion of the decision, including an explanation of the basis for disagreeing with or not following: (i) the views presented by the claimant to the Insurance Company of the health care professionals treating the claimant and vocational professionals who evaluated the claimant; (ii) the views of medical or vocational experts whose advice was obtained on behalf of the Insurance Company in connection with the adverse decision, without regard to whether the advice was relied upon in making the adverse decision; and (iii) a disability decision regarding the claimant presented by the claimant to the Insurance Company made by the Social Security Administration;
7. Either the specific internal rules, guidelines, protocols, standards or other similar plan criteria the Insurance Company relied upon in making the decision, or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar plan criteria do not exist;
8. If the adverse decision is based upon medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the scientific or clinical judgment for the decision, applying the terms of the Policy to the claimant's medical circumstances, or a statement that such explanation will be provided free of charge upon request; and
9. A notice provided in a culturally and linguistically appropriate manner, to the extent required by ERISA.

**Claims for Non-Disability Benefits (applies to all claims filed on or after April 1, 2018)**

A non-disability "claim" is any claim which does not require a determination of disability by the Insurance Company regardless of the type of policy under which it arises (for example, a death claim, an accident claim, etc.). A non-disability claim is "filed" as of the date the Insurance Company first receives, in writing or by telephone (through the Insurance Company's intake department), notice that a claimant is seeking benefits under the Policy. The notice of claim should include the group Policy holder's name, the Policy and Certificate number and the claimant's name and address.

The Insurance Company has 90 days from the date the claim is filed to determine whether or not benefits are payable in accordance with the terms of the Policy. The Insurance Company may require more time to review the claim if special circumstances exist. The review period may be extended for up to one additional 90 day period. If this should happen, the Insurance Company will provide the extension notice in writing, before expiration of the initial decision period, indicating the special circumstances and the date a decision is expected.

During the review period, the Insurance Company may require a medical examination of the claimant, at its own expense, or additional information regarding the claim. If a medical examination is required, the Insurance Company will notify the claimant of the date and time of the examination and the physician's name and location. If additional information is required, the Insurance Company must notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit. If the claim decision is adverse, in whole or in part, the Insurance Company will provide written or electronic notice which will include the following information:

1. The specific reason(s) for the claim decision;
2. Specific reference to the Policy provision(s) on which the decision was based;
3. A description of any additional information required to perfect the claim, and the reason this information is necessary; and
4. A description of the review procedures and the time limits applicable to those procedures, including a statement of the claimant's right to bring a civil action under section 502(a) of ERISA after the claimant appeals and after the claimant receives an adverse decision on appeal.

**Appeal of Denied Non-Disability Claims (applies to all claims filed on or after April 1, 2018)**

Whenever a claim decision is fully or partially adverse, the claimant must appeal once to the Insurance Company. As part of the claimant's appeal, the claimant may receive, upon request, free of charge, copies of all documents, records, and other information relevant to the claim for benefits, and the claimant may submit to the Insurance Company, written comments, documents, records, and other information relating to the claim. The review will take into account all comments, documents, records and other information the claimant submits related to the claim, without regard to whether such information was submitted or considered in the initial claim decision. Once an appeal request has been received by the Insurance Company, a full and fair review of the claim appeal will take place.

Package:000048 of 000093

Presiding Judge: HON. KEN HOWARD (603287)

Package 000048 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**A written request for appeal must be received by the Insurance Company within 60 days from the date the claimant received the adverse decision. If an appeal request is not received within that time, the right to appeal will have been waived. The Insurance Company has 60 days from the date it receives a request for appeal to provide its decision. Under special circumstances, the Insurance Company may require more time to review the claim and extend the time for decision, once, by an additional 60 days. If this should happen, the Insurance Company will provide the extension notice, in writing, before expiration of the initial decision period, indicating the special circumstances and the date a decision is expected.**

**If the appeal decision is adverse, in whole or in part, the Insurance Company will provide written or electronic notice that includes:**

1. **The specific reason(s) for the claim decision;**
2. **Specific reference to the Policy provision(s) on which the decision was based;**
3. **A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits;**
4. **A statement describing any voluntary appeal procedures offered, and the claimant's right to obtain the information about those procedures, and**
5. **A statement of the claimant's right to bring a civil action under section 502(a) of ERISA.**

ER-03-2

Package:000049 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000049 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**UNDERWRITTEN BY:**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**a Cigna company**

Package:000050 of 000093

**Class 3**

**06/2019**

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000050 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**NOTICE CONCERNING COVERAGE
LIMITATIONS AND EXCLUSIONS UNDER THE LIFE AND
HEALTH INSURANCE GUARANTY ASSOCIATION ACT**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Missouri Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policy-holders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The Missouri Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Missouri. You should not rely on coverage by the Missouri Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting and insurance policy. Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus. Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.

YOU MAY CONTACT EITHER THE ASSOCIATION OR THE MISSOURI DEPARTMENT OF INSURANCE AT THE FOLLOWING ADDRESSES SHOULD YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE.

The Missouri Life and Health Insurance Guaranty Association
994 Diamond Ridge, Suite 102
Jefferson City, MO 65109

Missouri Department of Insurance
P.O. Box 690
Jefferson City, MO 65102-0690

The state law that provides for this safety-net coverage is called the Missouri Life and Health Insurance Guaranty Association Act. Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

Generally, persons will be covered if they live in this state, and hold a life or health insurance contract or annuity, or a certificate under a group policy or contract. However, not all individuals with a right to recover under life or health insurance policies or annuities are protected by the Act. A person is not protected when:

1. The person is eligible for protection under the laws of another state.
2. The person purchased the insurance from a company that was not authorized to do business in this state;
3. The policy is issued by an organization which is not a member insurer of the association; or
4. The person does not live in this state, except under limited circumstances.

Package:000051 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package 000051 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Additionally, the Association may not provide coverage for the entire amount a person expects to receive from the policy. The Association does not provide coverage for any portion of the policy where the person has assumed the risk, for any policy of reinsurance (unless an assumption certificate was issued), for interest rates that exceed a specified average rate, for employers' plans that are self-funded, for parts of plans that provide dividends or credits in connection with the administration of policy, or for unallocated annuity contracts (which are generally issued to pension plan trustees).**

**The Act also limits the amount the Association is obligated to pay persons on various policies. The Association does not pay more than the amount of the contractual obligation of the insurance company. The Association does not have to pay more than three hundred thousand dollars ($300,000) in death benefits for any one life regardless of the number of policies that insure that life. The Association does not have to pay amounts over one hundred thousand dollars ($100,000) in cash surrender or withdrawal benefits on one life regardless of the number of policies insuring that individual. For health insurance benefits, the Association is not obligated to pay over one hundred thousand dollars ($100,000) including net cash surrender and withdrawal benefits. On an annuity contract, the Association is not liable for over one hundred thousand dollars ($100,000) in present value. Finally, the Association is never obligated to pay more than a total of three hundred thousand dollars ($300,000) for any one insured for any combination of insurance benefits.**

**TL-004279**

**IMPORTANT NOTICES**
**GROUP ACCIDENT**

**If a Covered Person resides in one of the following states, the important notice will apply.**

**New Mexico residents:**

**This type of plan is NOT considered "minimum essential coverage" under the Affordable Care Act (ACA) and therefore does NOT satisfy the individual mandate that you have health insurance coverage. If you do not have other health insurance coverage, you may be subject to a federal tax penalty. Please consult your tax advisor.**

**TL-00-6000a.NM**

Package:000052 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package: 000052 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# Life Insurance Company of North America
## 1601 Chestnut Street, Philadelphia, Pennsylvania 19192-2235
## A Stock Insurance Company

## GROUP ACCIDENT POLICY

| | |
|---|---|
| **POLICYHOLDER:** | Trustee of the Group Insurance Trust for Employers in the Services Industry |
| **POLICY NUMBER:** | OK980417 |
| **POLICY EFFECTIVE DATE:** | January 1, 2017 |
| **POLICY ANNIVERSARY DATE:** | January 1 |
| **STATE OF ISSUE:** | Delaware |

This Policy describes the terms and conditions of insurance. This Policy goes into effect subject to its applicable terms and conditions at 12:01 AM on the Policy Effective Date shown above at the Policyholder's address. The laws of the State of Issue shown above govern this Policy.

We and the Policyholder agree to all of the terms of this Policy.

**THIS IS A GROUP ACCIDENT ONLY INSURANCE POLICY.
IT DOES NOT PAY BENEFITS FOR LOSS CAUSED BY SICKNESS.**

**THIS IS A LIMITED POLICY.
PLEASE READ IT CAREFULLY.**

Anna Krishtul, Corporate Secretary

Matthew G. Manders, President

Countersigned________________________
Where Required By Law

GA-00-1000.00

Package:000053 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000053 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| SCHEDULE OF AFFILIATES | 1 |
| SCHEDULE OF BENEFITS | 2 |
| GENERAL DEFINITIONS | 6 |
| ELIGIBILITY AND EFFECTIVE DATE PROVISIONS | 9 |
| COMMON EXCLUSIONS | 11 |
| CONVERSION PRIVILEGE | 12 |
| CLAIM PROVISIONS | 14 |
| ADMINISTRATIVE PROVISIONS | 16 |
| GENERAL PROVISIONS | 17 |
| ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE | 19 |
| EXPOSURE AND DISAPPEARANCE COVERAGE | 20 |
| OWNED AIRCRAFT COVERAGE | 20 |
| COMMON CARRIER BENEFIT | 20 |
| FELONIOUS ASSAULT AND VIOLENT CRIME BENEFIT | 21 |
| SEATBELT AND AIRBAG BENEFIT | 21 |
| SPECIAL EDUCATION BENEFIT | 22 |
| DOMESTIC PARTNER/CIVIL UNION PARTNER RIDER | 23 |
| TRAVEL ASSISTANCE SERVICES | 27 |
| MODIFYING PROVISIONS AMENDMENT | 30 |

GA-00-1000.00

Package:000054 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000054 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**SCHEDULE OF AFFILIATES**

**The following affiliates are covered under this Policy on the effective dates listed below.**

| AFFILIATE NAME | LOCATION | EFFECTIVE DATE |
| --- | --- | --- |
| None | | |

**GA-00-1000.00**

Package:000055 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000055 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## SCHEDULE OF BENEFITS

***This Policy is intended to be read in its entirety. In order to understand all the conditions, exclusions and limitations applicable to its benefits, please read all the policy provisions carefully.***

**The *Schedule of Benefits* provides a brief outline of the coverage and benefits provided by this Policy. Please read the *Description of Coverages and Benefits* Section for full details.**

**Subscriber:** **Jack Henry & Associates, Inc.**

**Effective Date of Subscriber Participation:** **January 1, 2017**

**Covered Classes:**

**Class 1** **All full-time Employees in active employment in the United States with the Employer regularly working a minimum of 30 hours per week.**

Package:000056 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000056 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## SCHEDULE OF BENEFITS FOR CLASS 1

**This *Schedule of Benefits* shows maximums, benefit periods and any limitations applicable to benefits provided in this Policy for each Covered Person unless otherwise indicated. Principal Sum, when referred to in this Schedule, means the Employee's Principal Sum in effect on the date of the Covered Accident causing the Covered Injury or Covered Loss unless otherwise specified.**

**Eligibility Waiting Period**
The Eligibility Waiting Period is the period of time the Employee must be in a Covered Class to be eligible for coverage.

| | |
|---|---|
| For Employees hired on or before the Policy Effective Date: | 30 days of continuous active employment |
| For Employees hired after the Policy Effective Date: | 30 days of continuous active employment |

The *Eligibility Waiting Period* does not apply if a former Employee is rehired within 1 year after his or her termination date and the former Employee had more than 2 years of Active Service prior to his or her termination date. If a former Employee rehired within 1 year after his or her termination date did not have more than 2 years of Active Service prior to his or her termination date, a new Eligibility Waiting Period must be satisfied.

**Time Period for Loss:**
Any Covered Loss must occur within: 365 days of the Covered Accident

**Maximum Age for Insurance:** None

### VOLUNTARY ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

| | |
|---|---|
| Employee Principal Sum: | 1, 2, 3, 4, or 5 times Annual Compensation rounded to the next higher $1,000 if not already a multiple thereof. |
| Minimum: | $10,000 |
| Maximum: | $500,000 |
| Spouse or Domestic Partner Principal Sum: | $10,000 units |
| Maximum: | $250,000 |

A Spouse's Principal Sum cannot exceed the Employee's Principal Sum.

Dependent Child Principal Sum: $10,000

Annual Compensation means an Employee's annual earnings for normal work established by the Subscriber for his job classification, including income received from sick pay, vacation pay, annual or personal leave pay, or other salary continuation. Earnings include total income before taxes and are prior to any deductions made for pre-tax contributions to a qualified deferred compensation plan, Section 125 plan, or flexible spending account. It does not include income received from commissions, bonuses, overtime pay, shift differential, any other extra compensation or income received from other sources.

Changes in the Covered Person's amount of insurance resulting from a change in the Employee's amount of Annual Compensation take effect, subject to any Active Service requirement, on the date of change in Annual Compensation.

### SCHEDULE OF COVERED LOSSES

| Covered Loss | Benefit |
|---|---|
| Loss of Life | 100% of the Principal Sum |
| Loss of Two or More Hands or Feet | 100% of the Principal Sum |
| Loss of Sight of Both Eyes | 100% of the Principal Sum |
| Loss of One Hand or One Foot and Sight in One Eye | 100% of the Principal Sum |
| Loss of Speech and Hearing (in both ears) | 100% of the Principal Sum |

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000057 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000057 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

| Covered Loss | Benefit |
|---|---|
| Quadriplegia | 100% of the Principal Sum |
| Triplegia | 75% of the Principal Sum |
| Paraplegia | 75% of the Principal Sum |
| Hemiplegia | 50% of the Principal Sum |
| Uniplegia | 25% of the Principal Sum |
| Loss of One Hand or Foot | 50% of the Principal Sum |
| Loss of Sight in One Eye | 50% of the Principal Sum |
| Loss of Thumb and Index Finger of the Same Hand | 25% of the Principal Sum |

**Age Reductions**

A Covered Person's Principal Sum will be reduced to the percentage of his Principal Sum in effect on the date preceding the first reduction, as shown below rounded to the next multiple of $250, if not already an exact multiple thereof.

| Age | Percentage of Benefit Amount |
|---|---|
| 65 but less than 70 | 65% |
| 70 but less than 75 | 45% |
| 75 but less than 80 | 30% |
| 80 but less than 85 | 20% |
| 85 but less than 90 | 15% |
| 90 or over | 10% |

Benefit reductions will be effective on the Covered Person's attainment of the Employee's age as specified in schedule above.

**ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES**

Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are as shown in the *Schedule of Covered Losses* and are not paid in addition to any other Accidental Death and Dismemberment benefits.

**EXPOSURE AND DISAPPEARANCE COVERAGE** — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses.*

**OWNED AIRCRAFT COVERAGE** — Principal Sum multiplied by the percentage applicable to the Covered Loss, as shown in the *Schedule of Covered Losses.*

**ADDITIONAL ACCIDENT BENEFITS**

Any benefits payable under these *Additional Accident Benefits* shown below are paid in addition to any other Accidental Death and Dismemberment benefits payable.

**COMMON CARRIER BENEFIT** — 100% multiplied by the percentage of the Principal Sum applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*, subject to a maximum of $500,000

**FELONIOUS ASSAULT AND VIOLENT CRIME BENEFIT**

Accidental Death and Dismemberment Benefit — 10% multiplied by the percentage of the Principal Sum applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*, subject to a maximum of $10,000

**SEATBELT AND AIRBAG BENEFIT**

Seatbelt Benefit — 10% of the Principal Sum subject to a Maximum Benefit of $25,000

Airbag Benefit — 5% of the Principal Sum subject to a Maximum Benefit of $5,000

Default Benefit — $1,000

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000058 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000058 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**SPECIAL EDUCATION BENEFIT**

| | |
|---|---|
| **Surviving Dependent Child Benefit** | **6% of the Principal Sum subject to a Maximum Benefit of $6,000** |
| **Maximum Number of Annual Payments For Each Surviving Dependent Child** | **4** |
| **Default Benefit** | **$1,000** |

**INITIAL PREMIUM RATES**

| | |
|---|---|
| **Premium Rate:** | **Voluntary Insurance**<br>**Employee Rate: $0.025 per $1,000**<br>**Spouse Rate: $0.03 per $1,000**<br>**Child Rate: $0.03 per $1,000** |
| **Mode of Premium Payment:** | **Monthly** |
| **Contributions:** | **The cost of the coverage is paid by the Employee** |
| **Premium Due Dates:** | **The Policy Effective Date and the first day of each succeeding modal period** |

**Premium rates are subject to change in accordance with the *Changes in Premium Rates* section contained in the *Administrative Provisions* section of this Policy.**

**GA-00-1100.00** **(980417)**

Package 000059 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000059 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## GENERAL DEFINITIONS

**Please note that certain words used in this Policy have specific meanings. The words defined below and capitalized within the text of this Policy have the meanings set forth below.**

**Active Service**

An Employee will be considered in Active Service with his employer on any day that is either of the following:

1. one of the Employer's scheduled work days on which the Employee is performing his regular duties on a full-time basis, either at one of the Employer's usual places of business or at some other location to which the Employer's business requires the Employee to travel;
2. a scheduled holiday, vacation day or period of Employer-approved paid leave of absence, other than sick leave, only if the Employee was in Active Service on the preceding scheduled workday.

A person other than an Employee is considered in Active Service if he is none of the following:

1. an Inpatient in a Hospital or receiving Outpatient care for chemotherapy or radiation therapy;
2. confined at home under the care of Physician for Sickness or injury;
3. Totally Disabled.

**Age**

A Covered Person's Age, for purposes of initial premium calculations, is his Age attained on the date coverage becomes effective for him under this Policy. Thereafter, it is his Age attained on his last birthday.

**Aircraft**

A vehicle which:

1. has a valid certificate of airworthiness; and
2. is being flown by a pilot with a valid license to operate the Aircraft.

**Covered Accident**

A sudden, unforeseeable, external event that results, directly and independently of all other causes, in a Covered Injury or Covered Loss and meets all of the following conditions:

1. occurs while the Covered Person is insured under this Policy;
2. is not contributed to by disease, Sickness, mental or bodily infirmity;
3. is not otherwise excluded under the terms of this Policy.

**Covered Injury**

Any bodily harm that results directly and independently of all other causes from a Covered Accident.

**Covered Loss**

A loss that is all of the following:

1. the result, directly and independently of all other causes, of a Covered Accident;
2. one of the Covered Losses specified in the *Schedule of Covered Losses*;
3. suffered by the Covered Person within the applicable time period specified in the *Schedule of Benefits*.

**Covered Person**

An eligible person, as defined in the *Schedule of Benefits*, for whom an enrollment form has been accepted by Us and required premium has been paid when due and for whom coverage under this Policy remains in force. The term Covered Person shall include, where this Policy provides coverage, an eligible Spouse and eligible Dependent Children.

6
Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk
Package:000060 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000060 of 000093
20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Dependent Child(ren)**

An Employee's child who meets the following requirements:
1. A child from live birth to 26 years old;
2. A child who is 26 or more years old, primarily supported by the Employee and incapable of self-sustaining employment by reason of mental or physical handicap.

A child, for purposes of this provision, includes an Employee's:
1. natural child;
2. adopted child, beginning with any waiting period pending finalization of the child's adoption. It also means the legally adopted child of the Employee's Spouse provided the child is living with, and is financially dependent upon the Employee;
3. stepchild who resides with the Employee and is financially dependent upon the Employee;
4. child for whom the Employee is the court-appointed legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.

**Employee**

For eligibility purposes, an Employee of the Employer who is in one of the Covered Classes.

**Employer**

The Subscriber and any affiliates, subsidiaries or divisions shown in the *Schedule of Covered Affiliates* and which are covered under this Policy on the date of issue or subsequently agreed to by Us.

**He, His, Him**

Refers to any individual, male or female.

**Hospital**

An institution that meets all of the following:
1. it is licensed as a Hospital pursuant to applicable law;
2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
3. it is managed under the supervision of a staff of medical doctors;
4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
6. it charges for its services.

The term Hospital does not include a clinic, facility, or unit of a Hospital for:
1. rehabilitation, convalescent, custodial, educational or nursing care;
2. the aged, drug addicts or alcoholics;
3. a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.

**Inpatient**

A Covered Person who is confined for at least one full day's Hospital room and board. The requirement that a person be charged for room and board does not apply to confinement in a Veteran's Administration Hospital or Federal Government Hospital and in such case, the term 'Inpatient' shall mean a Covered Person who is required to be confined for a period of at least a full day as determined by the Hospital.

**Nurse**

A licensed graduate Registered Nurse (R.N.), a licensed practical Nurse (L.P.N.) or a licensed vocational Nurse (L.V.N.) and who is not:
1. employed or retained by the Subscriber;
2. living in the Covered Person's household; or
3. a parent, sibling, spouse or child of the Covered Person.

Package:000061 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000061 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

| | |
|---|---|
| **Outpatient** | **A Covered Person who receives treatment, services and supplies while not an Inpatient in a Hospital.** |
| **Physician** | **A licensed health care provider practicing within the scope of his license and rendering care and treatment to a Covered Person that is appropriate for the condition and locality and who is not:**<br>**1. employed or retained by the Subscriber;**<br>**2. living in the Covered Person's household;**<br>**3. a parent, sibling, spouse or child of the Covered Person.** |
| **Prior Plan** | **The plan of insurance providing similar benefits, sponsored by the Employer in effect immediately prior to this Policy's Effective Date.** |
| **Sickness** | **A physical or mental illness.** |
| **Spouse** | **The Employee's lawful spouse.** |
| **Subscriber** | **Any participating organization that subscribes to the trust to which this Policy is issued.** |
| **Totally Disabled or Total Disability** | **Totally Disabled or Total Disability means either:**<br>**1. inability of the Covered Person who is currently employed to do any type of work for which he is or may become qualified by reason of education, training or experience; or**<br>**2. inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.** |
| **We, Us, Our** | **Life Insurance Company of North America.** |

**GA-00-1200.00 as modified by GA-00-4002.00**

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package.000062 of 000093
Presiding Judge HON. KEN HOWARD (609287)
Package 000062 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# ELIGIBILITY AND EFFECTIVE DATE PROVISIONS

**Subscriber Effective Date**
Accident Insurance Benefits become effective for each Subscriber in consideration of the Subscriber's application, Subscription Agreement and payment of the initial premium when due. Insurance coverage for the Subscriber becomes effective on the Effective Date of Subscriber Participation.

**Eligibility**
An Employee becomes eligible for insurance under this Policy on the date he meets all of the requirements of one of the Covered Classes and completes any Eligibility Waiting Period, as shown in the *Schedule of Benefits*. A Spouse and Dependent Children of an eligible Employee become eligible for any dependent insurance provided by this Policy on the later of the date the Employee becomes eligible and the date the Spouse or Dependent Child meets the applicable definition shown in the *Definitions* section of this Policy. No person may be eligible for insurance under this Policy as both an Employee and a Spouse or Dependent Child at the same time.

**Effective Date for Individuals**
Insurance becomes effective for an eligible Employee who applies and agrees to make required contributions within 31 days of eligibility, and subject to the *Deferred Effective Date* provision below, on the latest of the following dates:

1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date We receive the Employee's completed enrollment form and the required first premium, during his lifetime.

Insurance becomes effective for an Employee's eligible dependents if the Employee applies and agrees to make required contributions within 31 days of the date his dependents become eligible and, subject to the *Deferred Effective Date* provision below, on the latest of the following dates:

1. the effective date of this Policy;
2. the date the Employee becomes eligible;
3. the date the Employee's insurance becomes effective;
4. the date the dependent meets the definition of Spouse or Dependent Child, as applicable;
5. the date We receive a completed enrollment form for Spouse and Dependent Child coverage and the required first premium, during each dependent's lifetime.

Insurance becomes effective for a newborn Dependent Child automatically from the moment of the child's live birth. Insurance for that Dependent Child automatically ends 31 days later unless the Employee is insured under a plan under this Policy that includes Dependent Child insurance or makes a request to cover the child and pays the required initial premium, during the child's lifetime.

**DEFERRED EFFECTIVE DATE**
**Active Service**
The effective date of insurance will be deferred for any Employee or any eligible Spouse or Dependent Child who is not in Active Service on the date coverage would otherwise become effective. Coverage will become effective on the later of the date he returns to Active Service and the date coverage would otherwise have become effective.

**Annual Re-Enrollment**
An Employee currently insured under this Policy, and a person who is eligible but has not previously enrolled, may increase or become insured for coverage under this Policy during an annual re-enrollment period as agreed to by Us and the Subscriber. An Employee who is insured under this Policy may also elect or increase coverage for his eligible dependents. Coverage elected during an Annual Re-Enrollment Period will become effective, subject to the *Active Service* section of the *Deferred Effective Date* provision, on the Policy Anniversary following the date We receive a request and any required premium payment.

**Life Status Change**
A Life Status Change is an event that the Employer determines qualifies an Employee to elect or increase accident insurance benefits for himself and his Spouse and Dependent Children. Any change in benefit elections must be made within 31 days of a Life Status Change.

Package:000063 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package · 000063 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Any increases in benefits or added benefits elected under this Life Status Change provision will become effective on the date of the Life Status Change.**

**The Subscriber should seek advice of its tax advisors if Employees may contribute to the cost of any insurance provided by this Policy with earnings not subject to Federal Income Tax. We cannot provide such advice nor offer any opinions on taxation or tax status of any contributions toward the cost of insurance.**

**Effective Date of Changes**

Any increase or decrease in the amount of insurance for the Covered Person resulting from:

1. a change in benefits provided by this Policy; or
2. a change in the Employee's Covered Class will take effect on the date of such change.

Increases will take effect subject to any Active Service requirement.

**TERMINATION OF INSURANCE**

The insurance on a Covered Person will end on the earliest date below:

1. the date this Policy or insurance for a Covered Class is terminated;
2. the next premium due date after the date the Covered Person is no longer in a Covered Class or satisfies eligibility requirements under this Policy;
3. the last day of the last period for which premium is paid;
4. the next premium due date after the Covered Person attains the maximum Age for insurance under this Policy;
5. with respect to a Spouse or Dependent Child, the date of the death of the covered Employee or the date of divorce from the covered Employee.

Termination will not affect a claim for a Covered Loss or Covered Injury that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

**CONTINUATION OF INSURANCE**

**Continuation for Leave of Absence, Leave for Injury or Sickness or Family Medical Leave**

Insurance for an Employee and Covered Dependents may be continued until the earliest of the following dates if: (a) an Employee is on an Employer-approved leave of absence, leave for injury or sickness or an Employer-approved family medical leave; and (b) required premium contributions are paid when due.

1. for an Employer-approved leave of absence: up to 30 days.
2. for leave for injury or sickness: up to 6 months.
3. for an Employer-approved family medical leave: up to the later of the period of the approved FMLA leave or the leave period required by law in the state in which the Employee is employed.

GA-00-1300.00 (980417)

Package:000064 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000064 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## COMMON EXCLUSIONS

**In addition to any benefit-specific exclusions, benefits will not be paid for any Covered Injury or Covered Loss which, directly or indirectly, in whole or in part, is caused by or results from any of the following unless coverage is specifically provided for by name in the *Description of Benefits* Section:**

1. intentionally self-inflicted injury, suicide or any attempt thereat while sane or insane;
2. commission or attempt to commit a felony or an assault;
3. commission of or active participation in a riot or insurrection;
4. bungee jumping; parachuting; skydiving; parasailing; hang-gliding;
5. declared or undeclared war or act of war;
6. flight in, boarding or alighting from an Aircraft or any craft designed to fly above the Earth's surface:
   a. except as a passenger on a regularly scheduled commercial airline;
   b. being flown by the Covered Person or in which the Covered Person is a member of the crew;
   c. being used for:
      i. crop dusting, spraying or seeding, giving and receiving flying instruction, fire fighting, sky writing, sky diving or hang-gliding, pipeline or power line inspection, aerial photography or exploration, racing, endurance tests, stunt or acrobatic flying; or
      ii. any operation that requires a special permit from the FAA, even if it is granted (this does not apply if the permit is required only because of the territory flown over or landed on);
   d. designed for flight above or beyond the earth's atmosphere;
   e. an ultra-light or glider;
   f. being used for the purpose of parachuting or skydiving;
   g. being used by any military authority, except an Aircraft used by the Air Mobility Command or its foreign equivalent;
7. Sickness, disease, bodily or mental infirmity, bacterial or viral infection or medical or surgical treatment thereof, except for any bacterial infection resulting from an accidental external cut or wound or accidental ingestion of contaminated food;
8. travel in any Aircraft owned, leased or controlled by the Subscriber, or any of its subsidiaries or affiliates. An Aircraft will be deemed to be "controlled" by the Subscriber if the Aircraft may be used as the Subscriber wishes for more than 10 straight days, or more than 15 days in any year;
9. a Covered Accident that occurs while engaged in the activities of active duty service in the military, navy or air force of any country or international organization. Covered Accidents that occur while engaged in Reserve or National Guard training are not excluded until training extends beyond 31 days;
10. operating any type of vehicle while under the influence of alcohol or any drug, narcotic or other intoxicant including any prescribed drug for which the Covered Person has been provided a written warning against operating a vehicle while taking it. Under the influence of alcohol, for purposes of this exclusion, means intoxicated, as defined by the law of the state in which the Covered Accident occurred;
11. voluntary ingestion of any narcotic, drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage.

GA-00-1403.00

Package:000065 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000065 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## CONVERSION PRIVILEGE

1. If the Covered Person's insurance or any portion of it ends for any of the following reasons:
   a. employment or membership ends;
   b. eligibility ends (except for age for the Employee or Covered Spouse);

   the Covered Person may have Us issue converted accident insurance on an individual policy or an individual certificate under a designated group policy. The Covered Person may apply for an amount of coverage that is:
   a. in $1,000 increments;
   b. not less than $25,000, regardless of the amount of insurance under the group policy; and
   c. not more than the amount of insurance he had under the group policy, except as provided above, up to a maximum amount of $250,000.

   The Covered Person must be under age 70 to get a converted policy.

   If the Covered Person's insurance or any portion of it ends for non-payment of premium, he may not convert. If the Covered Person's insurance ends for a reason described in 2. below, conversion is subject to that section.

   The converted policy or certificate will cover accidental death and dismemberment. The policy or certificate will not contain disability or other additional benefits. The Covered Person need not show Us that he is insurable.

   If the Covered Person has converted his group coverage and later becomes insured under the same group plan as before, he may not convert a second time unless he provides, at his own expense, proof of insurability or proof the prior converted policy is no longer in force.

   The Covered Person must apply for the individual policy within 62 days after his coverage under this Group Policy ends and pay the required premium, based on Our table of rates for such policies, his Age and class of risk. If the Covered Person has assigned ownership of his group coverage, the owner/assignee must apply for the individual policy.

   If the Covered Person suffers a Covered Loss or dies during this 31-day period as the result of an accident that would have been covered under this Group Policy, We will pay as a claim under this Group Policy the amount of insurance that the Covered Person was entitled to convert. It does not matter whether the Covered Person applied for the individual policy or certificate. If such policy or certificate is issued, it will be in exchange for any other benefits under this Group Policy.

   The individual policy or certificate will take effect on the day following the date coverage under the Group Policy ended; or, if later, the date application is made.

   **Exclusions**
   The converted policy may exclude the hazards or conditions that apply to the Covered Person's group coverage at the time it ends. We will reduce payment under the converted policy by the amount of any benefits paid under the group policy if both cover the same loss.

2. If the Covered Person's insurance ends because this Group Policy is terminated or is amended to terminate insurance for the Covered Person's class, and he has been covered under this Group Policy or, any group accident insurance issued to the Employer which the Group Policy replaced, for at least five years, the Covered Person may have Us issue an individual policy or certificate of accident insurance subject to the same terms, conditions and limitations listed above. However, the amount he may apply for will be limited to the lesser of the following:
   a. coverage under this Group Policy less any amount of group accident insurance for which he is eligible on the date this Group Policy is terminated or for which he became eligible within 31 days of such termination, or
   b. $10,000.

**Extension of Conversion Period**
If the Covered Person is eligible to convert and is not notified of this right at least 31 days prior to the end of the 62 day conversion period, the conversion period will be extended. The Covered Person will have 31 days from the date notice is given to apply for a converted policy or certificate. In no event will the conversion period be extended beyond 105 days. Notice, for the purpose of this section, means written notice presented to the Covered Person by the Subscriber or mailed to the Covered Person's last known address as reported by the Subscriber.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000066 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000066 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**If the Covered Person sustains a Covered Loss or dies during the extended conversion period, but more than 31 days after his coverage under the Group Policy terminates, benefits will not be paid under the Group Policy. If the Covered Person's application for a converted policy or certificate is received by Us and the required premium is paid, benefits may be payable under the converted policy or certificate.**

**GA-01-1505.00**

Package:000067 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000067 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## CLAIM PROVISIONS

**Notice of Claim**
Written or authorized electronic/telephonic notice of claim must be given to Us within 31 days after a Covered Loss occurs or begins or as soon as reasonably possible. If written or authorized electronic/telephonic notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written or authorized electronic/telephonic notice was given as soon as was reasonably possible. Notice can be given to Us at Our Home Office in Philadelphia, Pennsylvania, such other place as We may designate for the purpose, or to Our authorized agent. Notice should include the Subscriber's name and policy number and the Covered Person's name, address, policy and certificate number.

**Claim Forms**
We will send claim forms for filing proof of loss when We receive notice of a claim. If such forms are not sent within 15 days after We receive notice, the proof requirements will be met by submitting, within the time fixed in this Policy for filing proof of loss, written or authorized electronic proof of the nature and extent of the loss for which the claim is made.

**Claimant Cooperation Provision**
Failure of a claimant to cooperate with Us in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Proof of Loss**
Written or authorized electronic proof of loss satisfactory to Us must be given to Us at Our office, within 90 days of the loss for which claim is made. If (a) benefits are payable as periodic payments and (b) each payment is contingent upon continuing loss, then proof of loss must be submitted within 90 days after the termination of each period for which We are liable. If written or authorized electronic notice is not given within that time, no claim will be invalidated or reduced if it is shown that such notice was given as soon as reasonably possible. In any case, written or authorized electronic proof must be given not more than one year after the time it is otherwise required, except if proof is not given solely due to the lack of legal capacity.

**Time of Payment of Claims**
We will pay benefits due under this Policy for any loss other than a loss for which this Policy provides any periodic payment immediately upon receipt of due written or authorized electronic proof of such loss. Subject to due written or authorized electronic proof of loss, all accrued benefits for loss for which this Policy provides periodic payment will be paid monthly unless otherwise specified in the benefits descriptions and any balance remaining unpaid at the termination of liability will be paid immediately upon receipt of proof satisfactory to Us.

**Manner of Payment of Claims**
The Subscriber authorizes that any benefit payment due as a lump sum of $5,000 or more shall be credited to a draft account with the Insurance Company, in the name of the beneficiary. The beneficiary may withdraw the entire proceeds at any time by issuing one or more drafts, or may withdraw lesser amounts, subject to a minimum account balance set by the Insurance Company from time to time. Interest shall be credited to such account at rates as determined from time to time by the Insurance Company.

**Payment of Claims**
All benefits will be paid in United States currency. Benefits for loss of life will be payable in accordance with the Beneficiary provision and these Claim Provisions. All other proceeds payable under this Policy, unless otherwise stated, will be payable to the covered Employee or to his estate.

If We are to pay benefits to the estate or to a person who is incapable of giving a valid release, We may pay $1,000 to a relative by blood or marriage whom We believe is equitably entitled. Any payment made by Us in good faith pursuant to this provision will fully discharge Us to the extent of such payment and release Us from all liability.

**Payment of Claims to Foreign Employees**
The Subscriber may, in a fiduciary capacity, receive and hold any benefits payable to covered Employees whose place of employment is other than the United States of America.

Package: 000068 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000068 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

We will not be responsible for the application or disposition by the Subscriber of any such benefits paid. Our payments to the Subscriber will constitute a full discharge of Our liability for those payments under this Policy.

**Physical Examination and Autopsy**
We, at Our own expense, have the right and opportunity to examine the Covered Person when and as often as We may reasonably require while a claim is pending and to make an autopsy in case of death where it is not forbidden by law.

**Legal Actions**
No action at law or in equity may be brought to recover under this Policy less than 60 days after written or authorized electronic proof of loss has been furnished as required by this Policy. No such action will be brought more than three years after the time such written proof of loss must be furnished.

**Beneficiary**
The beneficiary is the person or persons the Employee names or changes on a form executed by him and satisfactory to Us. This form may be in writing or by any electronic means agreed upon between Us and the Subscriber. Consent of the beneficiary is not required to affect any changes, unless the beneficiary has been designated as an irrevocable beneficiary, or to make any assignment of rights or benefits permitted by this Policy. Any Accidental Death Benefit payable at the death of the Employee's Spouse or Dependent Child will be paid to the Employee or to his estate.

A beneficiary designation or change will become effective on the date the Employee executes it. However, We will not be liable for any action taken or payment made before We record notice of the change at our Home Office.

If more than one person is named as beneficiary, the interests of each will be equal unless the Employee has specified otherwise. The share of any beneficiary who does not survive the Covered Person will pass equally to any surviving beneficiaries unless otherwise specified.

If there is no named beneficiary or surviving beneficiary, or if the Employee dies while benefits are payable to him, We may make direct payment to the first surviving class of the following classes of persons:

1. spouse;
2. child or children;
3. mother or father;
4. sisters or brothers;
5. estate of the Covered Person.

**Recovery of Overpayment**
If benefits are overpaid, We have the right to recover the amount overpaid by either of the following methods.

1. A request for lump sum payment of the overpaid amount.
2. A reduction of any amounts payable under this Policy.

If there is an overpayment due when the Covered Person dies, We may recover the overpayment from the Covered Person's estate.

GA-00-1600.00 as modified by RA-GA-1000.00

Package:000069 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package: 000069 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## ADMINISTRATIVE PROVISIONS

**Premiums**
All premium rates are expressed in, and all premiums are payable in, United States currency. The premiums for this Policy will be based on the rates set forth in the *Schedule of Benefits*, the plan and amounts of insurance in effect. If a Covered Person's insurance amounts are reduced due to age, premium will be based on the amounts of insurance in force on the day after the reduction took place.

**Changes in Premium Rates**
We may change the premium rates from time to time with at least 31 days advance written notice to the Subscriber. No change in rates will be made until 36 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12-month period. However, We reserve the right to change rates at any time if any of the following events take place:

1. the terms of this Policy change;
2. the terms of the Subscriber's participation change;
3. a division, subsidiary, affiliated company or eligible class is added or deleted from this Policy;
4. there is a change in the factors bearing on the risk assumed;
5. any federal or state law or regulation is amended to the extent it affects Our benefit obligation.

**Draft Accounts**
The Insurance Company shall be entitled to retain, as part of its compensation, any earnings on draft accounts created in connection with benefit claims, in excess of interest credited under the terms of the policy.

**Payment of Premium**
The first premium is due on the Subscriber's effective date of participation under this Policy. Thereafter, premiums are due on the Premium Due Dates agreed upon between Us and the Subscriber. If any premium is not paid when due, the Subscriber's participation under this Policy will be terminated as of the Premium Due Date on which premium was not paid.

**Grace Period**
A Grace Period of 45 days will be granted to each Subscriber for payment of required premiums under this Policy. A Subscriber's participation under this Policy will remain in effect during the Grace Period. The Subscriber is liable to Us for any unpaid premium for the time its participation under this Policy was in force.

A Grace Period of 45 days will be granted for payment of required premiums under this Policy. A Covered Person's insurance under this Policy will remain in force during the Grace Period. We will reduce any benefits payable for any claims incurred during the grace period by the amount of premium due. If no such claims are incurred and premium is not paid during the grace period, insurance will end on the last day of the period for which premiums were paid.

GA-00-1701.00 as modified by RA-GA-1000.00 (980417)

Package:000070 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package: 000070 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## GENERAL PROVISIONS

**Entire Contract; Changes**
This Policy, including the endorsements, amendments and any attached papers constitutes the entire contract of insurance. No change in this Policy will be valid until approved by one of Our executive officers and endorsed on or attached to this Policy. No agent has authority to change this Policy or to waive any of its provisions.

**Subscriber Participation Under This Policy**
An organization may elect to participate under this Policy by submitting a signed Subscriber participation agreement to the Policyholder. No participation by an organization is in effect until approved by Us.

**Misstatement of Fact**
If the Covered Person has misstated any fact, all amounts payable under this Policy will be such as the premium paid would have purchased had such fact been correctly stated.

**Certificates**
Where required by law, We will provide a certificate of insurance for delivery to the Covered Person. Each certificate will list the benefits, conditions and limits of this Policy. It will state to whom benefits will be paid.

**30 Day Right To Examine Certificate**
If a Covered Person does not like the Certificate for any reason, it may be returned to Us within 30 days after receipt. We will return any premium that has been paid and the Certificate will be void as if it had never been issued.

**Multiple Certificates**
The Covered Person may have in force only one certificate at a time under this Policy. If at any time the Covered Person has been issued more than one certificate, then only the largest shall be in effect. We will refund premiums paid for the others for any period of time that more than one certificate was issued.

**Assignment**
We will be bound by an assignment of a Covered Person's insurance under this Policy only when the original assignment or a certified copy of the assignment, signed by the Covered Person and any irrevocable beneficiary, is filed with Us. The assignee may exercise all rights and receive all benefits assigned only while the assignment remains in effect and insurance under this Policy and the Covered Person's certificate remains in force.

**Incontestability**
1. Of This Policy or Participation Under This Policy
All statements made by the Subscriber to obtain this Policy or to participate under this Policy are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, or to deny the validity of this Policy or of participation under this Policy unless a copy of the instrument containing the statement is, or has been, furnished to the Subscriber.

After two years from the Policy Effective Date, no such statement will cause this Policy to be contested except for fraud.

2. Of A Covered Person's Insurance
All statements made by a Covered Person are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a copy of the instrument containing the statement is, or has been, furnished to the claimant.

After two years from the Covered Person's effective date of insurance, or from the effective date of increased benefits, no such statement will cause insurance or the increased benefits to be contested except for fraud or lack of eligibility for insurance.

In the event of death or incapacity, the beneficiary or representative shall be given a copy.

Package 000071 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000071 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Policy Termination**
We may terminate coverage on or after the first anniversary of the policy effective date. The Subscriber may terminate coverage on any premium due date. Written or authorized electronic notice must be given at least 31 days prior to such premium due date.

Termination will not affect a claim for a Covered Loss that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

**Reinstatement**
This Policy may be reinstated if it lapsed for nonpayment of premium. Requirements for reinstatement are written application of the Subscriber satisfactory to Us and payment of all overdue premiums. Any premium accepted in connection with a reinstatement will be applied to a period for which premium was not previously paid.

**Clerical Error**
A Covered Person's insurance will not be affected by error or delay in keeping records of insurance under this Policy. If such error or delay is found, We will adjust the premium fairly.

**Conformity with Statutes**
Any provisions in conflict with the requirements of any state or federal law that apply to this Policy are automatically changed to satisfy the minimum requirements of such laws.

**Policy Changes**
We may agree with the Subscriber to modify a plan of benefits without the Covered Person's consent.

**Workers' Compensation Insurance**
This Policy is not in place of and does not affect any requirements for coverage under any Workers' Compensation law.

**Examination of the Policy**
This Group Policy will be available for inspection at the Subscriber's office during regular business hours.

**Examination of Records**
We will be permitted to examine all of the Subscriber's records relating to this Group Policy. Examination may occur at any reasonable time while the Group Policy is in force; or it may occur:

1. at any time for two years after the expiration of this Group Policy; or, if later,
2. upon the final adjustment and settlement of all Group Policy claims.

The Subscriber is acting as an agent of the Covered Person for transactions relating to this insurance. The actions of the Subscriber will not be considered Our actions.

**Ownership of Records**
All records maintained by the Insurance Company are, and shall remain, the property of the Insurance Company.

GA-00-1800.00

Package:000072 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000072 of 000093

18

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# DESCRIPTION OF COVERAGES AND BENEFITS

**This *Description of Coverages and Benefits* Section describes the Accident Coverages and Benefits provided by this Policy. Benefit amounts, benefit periods and any applicable aggregate and benefit maximums are shown in the *Schedule of Benefits*. Certain words capitalized in the text of these descriptions have special meanings within this Policy and are defined in the *General Definitions* section. Please read these and the *Common Exclusions* sections in order to understand all of the terms, conditions and limitations applicable to these coverages and benefits.**

## ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

**Covered Loss**

We will pay the benefit for any one of the Covered Losses listed in the *Schedule of Benefits*, if the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident within the applicable time period specified in the *Schedule of Benefits*.

If the Covered Person sustains more than one Covered Loss as a result of the same Covered Accident, benefits will be paid for the Covered Loss for which the largest available benefit is payable. If the loss results in death, benefits will only be paid under the Loss of Life benefit provision. Any Loss of Life benefit will be reduced by any paid or payable Accidental Dismemberment benefit. However, if such Accidental Dismemberment benefit equals or exceeds the Loss of Life benefit, no additional benefit will be paid.

**Definitions**

**Loss of a Hand or Foot** means complete Severance through or above the wrist or ankle joint.

**Loss of Sight** means the total, permanent loss of all vision in one eye which is irrecoverable by natural, surgical or artificial means.

**Loss of Speech** means total and permanent loss of audible communication which is irrecoverable by natural, surgical or artificial means.

**Loss of Hearing** means total and permanent loss of ability to hear any sound in both ears which is irrecoverable by natural, surgical or artificial means.

**Loss of a Thumb and Index Finger of the Same Hand** means complete Severance through or above the metacarpophalangeal joints of the same hand (the joints between the fingers and the hand).

**Paralysis or Paralyzed** means total loss of use of a limb. A Physician must determine the loss of use to be complete and irreversible.

**Quadriplegia** means total Paralysis of both upper and both lower limbs.

**Triplegia** means total Paralysis of three or more limbs.

**Hemiplegia** means total Paralysis of the upper and lower limbs on one side of the body.

**Paraplegia** means total Paralysis of both lower limbs or both upper limbs.

**Uniplegia** means total Paralysis of one upper or one lower limb.

**Severance** means the complete and permanent separation and dismemberment of the part from the body.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* section.

**GA-00-2110.00** **(980417)**

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000073 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000073 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

## ADDITIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGES

Accidental Death and Dismemberment benefits are provided under the following coverages. Any benefits payable under them are shown in the *Schedule of Covered Losses* and will not be paid in addition to any other Accidental Death and Dismemberment benefits payable.

### EXPOSURE AND DISAPPEARANCE COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if a Covered Person suffers a Covered Loss which results directly and independently of all other causes from unavoidable exposure to the elements following a Covered Accident.

If the Covered Person disappears and is not found within one year from the date of the wrecking, sinking or disappearance of the conveyance in which the Covered Person was riding in the course of a trip which would otherwise be covered under this Policy, it will be presumed that the Covered Person's death resulted directly and independently of all other causes from a Covered Accident.

**Exclusions** The exclusions that apply to this coverage are in the *Common Exclusions* Section.
GA-00-2202.00

### OWNED AIRCRAFT COVERAGE

Benefits for Accidental Death and Dismemberment, as shown in the *Schedule of Covered Losses*, will be payable if the Covered Person suffers a Covered Loss that results directly and independently of all other causes from a Covered Accident that occurs during travel or flight in, including getting in or out of, any Aircraft that is owned, leased, operated or controlled by the Subscriber or any of its subsidiaries or affiliates. A record of eligible Aircraft will be maintained by the Subscriber and available for review by Us at any time during normal business hours. An Aircraft substituted for an eligible Aircraft will also be eligible if it has no greater seating capacity and the original Aircraft is withdrawn from normal use due to breakdown, repair, servicing, loss or destruction.

**Exclusions** The exclusions that apply to this coverage are in the *Common Exclusions* Section.
GA-00-2205.00

## ADDITIONAL ACCIDENT BENEFITS

Accidental Death and Dismemberment benefits are provided under the following Additional Benefits. Any benefits payable under them will be paid in addition to any other Accidental Death and Dismemberment benefit payable.

### COMMON CARRIER BENEFIT

We will pay the benefit shown in the *Schedule of Benefits* if the Covered Person suffers a Covered Loss that results directly and independently of all other causes from a Covered Accident that occurs while riding as a fare-paying passenger in, or being struck by, a Common Carrier. Riding includes getting into and out of the Common Carrier.

**Definition** For purposes of this benefit:

**Common Carrier means:**

1. a public conveyance, including Aircraft, licensed for hire to carry fare-paying passengers; or
2. a transport Aircraft operated by the Air Mobility Command or a similar air transport service of another country.

**Exclusions** The exclusions that apply to this benefit are in the *Common Exclusions* Section.
GA-00-2225.00

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000074 of 000093
Presiding Judge: HON KEN HOWARD (603287)
Package : 000074 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**FELONIOUS ASSAULT AND VIOLENT CRIME BENEFIT**

We will pay the amount shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Employee suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident that occurs during a violent crime or felonious assault as described below. A police report detailing the felonious assault or violent crime must be provided before any benefits will be paid. The Covered Accident must occur while the Covered Person is on the business or premises of the Employer.

To qualify for benefit payment, the Covered Accident must occur during any of the following:

1. actual or attempted robbery or holdup;
2. actual or attempted kidnapping;
3. any other type of intentional assault that is a crime classified as a felony by the governing statute or common law in the state where the felony occurred.

**Definitions** For purposes of this benefit:

**Family Member** means the Covered Person's parent, step-parent, Spouse or former Spouse, son, daughter, brother, sister, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, aunt, uncle, cousins, grandparent, grandchild and stepchild.

**Fellow Employee** means a person employed by the same Employer as the Covered Person or by an Employer that is an affiliated or subsidiary corporation. It shall also include any person who was so employed, but whose employment was terminated not more than 45 days prior to the date on which the defined violent crime/felonious assault was committed.

**Member of the Same Household** means a person who maintains residence at the same address as the Covered Person.

**Exclusions** Benefits will not be paid for treatment of any Covered Injury sustained or Covered Loss incurred during any:

1. violent crime or felonious assault committed by the Covered Person; or
2. felonious assault or violent crime committed upon the Covered Person by a Fellow Employee, Family Member, or Member of the Same Household.

Other exclusions that apply to this benefit are in the *Common Exclusions* Section.

GA-00-2234.00

**SEATBELT AND AIRBAG BENEFIT**

We will pay the benefit shown in the *Schedule of Benefits*, subject to the conditions and exclusions described below, when the Covered Person dies directly and independently of all other causes from a Covered Accident while wearing a seatbelt and operating or riding as a passenger in an Automobile. An additional benefit is provided if the Covered Person was also positioned in a seat protected by a properly-functioning and properly deployed Supplemental Restraint System (Airbag).

Verification of proper use of the seatbelt at the time of the Covered Accident and that the Supplemental Restraint System properly inflated upon impact must be a part of an official police report of the Covered Accident or be certified, in writing, by the investigating officer(s) and submitted with the Covered Person's claim to Us.

In the case of a child, seatbelt means a child restraint, as required by state law and approved by the National Highway Traffic Safety Administration, properly secured and being used as recommended by its manufacturer for children of like Age and weight at the time of the Covered Accident.

**Definitions** For purposes of this benefit:

**Supplemental Restraint System** means an airbag that inflates upon impact for added protection to the head and chest areas.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000075 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000075 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Automobile means a self-propelled, private passenger motor vehicle with four or more wheels which is a type both designed and required to be licensed for use on the highway of any state, province or country. Automobile includes, but is not limited to, a sedan, station wagon, sport utility vehicle, or a motor vehicle of the pickup, van, camper, or motor-home type. Automobile does not include a mobile home or any motor vehicle which is used in mass or public transit.**

**Exclusions** **The exclusions that apply to this benefit are in the *Common Exclusions* Section.**
**GA-00-2251.00**

**SPECIAL EDUCATION BENEFIT**
**We will pay the benefit, up to the Maximum Benefit shown in the *Schedule of Benefits*, for each qualifying Dependent Child. The Covered Person's death must result, directly and independently of all other causes from a Covered Accident for which an Accidental Death Benefit is payable under this Policy. This benefit is subject to the conditions and exclusions described below.**

**A qualifying Dependent Child must:**
1. **enroll as a full-time student at an accredited school of higher learning before reaching the limiting Age for dependent eligibility stated in this Policy;**
2. **continue his education as a full-time student; and**
3. **incur expenses for tuition, fees, books, room and board, transportation and any other costs payable directly to, or approved and certified by, such school.**

**Payments will be made to each qualifying Dependent Child or to the child's legal guardian, if the child is a minor at the end of each year for the number of years shown in the *Schedule of Benefits*. We must receive proof satisfactory to Us of the Dependent Child's enrollment and attendance within 31 days of the end of each year. The first year for which a Special Education Benefit is payable will begin on the first of the month following the date the covered Employee died, if the surviving Dependent Child was enrolled on that date in an accredited school of higher learning beyond the 12th grade; otherwise on the date he enrolls in such school. Each succeeding year for which benefits are payable will begin on the date following the end of the preceding year.**

**Exclusions** **The exclusions that apply to this benefit are in the *Common Exclusions* Section.**
**GA-00-2252a.00**

Package:000076 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000076 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**AMENDATORY RIDER**
**DOMESTIC PARTNER/CIVIL UNION PARTNER COVERAGE**

**Subscriber: Jack Henry & Associates, Inc.**
**Policy No.: OK980417** **Effective Date: January 1, 2017**

**This rider amends the Policy and Certificate to which it is attached. It is effective on the Effective Date shown above, and expires when the Policy expires.**

**Domestic Partner/Civil Union Partner means any of the following:**

1. **A person with whom the Employee has a registered civil union or domestic partnership under state law which imposes legal obligations on the parties substantially similar to marriage. Such person will continue to be recognized as a Domestic Partner or Civil Union Partner unless and until: (1) the civil union or domestic partnership is dissolved under applicable law; or (2) either the Employee or the Domestic Partner/Civil Union Partner marries another person.**

2. **A person who was legally married to the Employee under the laws of a state permitting marriage of partners of the same sex, where the Employee and Domestic Partner/Civil Union Partner currently reside in a state that does not recognize a valid marriage. This shall not apply if:**

   a. **the marriage has been terminated by legal process, or;**
   b. **either the Employee or the Domestic Partner/Civil Union Partner has entered into a valid marriage, civil union or domestic partnership under state law.**

3. **A person meeting all of the following requirements, with respect to an Employee:**

   a. **Shares a permanent residence with the Employee;**
   b. **Has resided with the Employee for at least 12 months and is expected to continue to reside with the Employee indefinitely;**
   c. **Has not been legally married to any other person within the previous twelve months, and has no Domestic Partner other than the Employee during the previous twelve months, and is the Employee's sole Domestic Partner;**
   d. **Has signed a Domestic Partner declaration with the Employee, if the Employee resides in a jurisdiction which provides for Domestic Partner declarations;**
   e. **Has not signed a Domestic Partner declaration with any other person within the last 12 months;**
   f. **Is interdependent with the Employee in two of the following ways:**

      1. **Both partners are registered under any municipal ordinance as domestic partners.**
      2. **Both partners are jointly parties to a lease, mortgage or deed.**
      3. **Both partners jointly own one or more motor vehicles.**
      4. **Both partners jointly own one or more bank or credit accounts.**
      5. **The Employee has designated the Domestic Partner as beneficiary of the Employee's will.**

   g. **Is not so closely related by blood to the Employee as to prohibit legal marriage in their state of residence;**
   h. **Is no less than 18 years of age.**

**The Employee and Domestic Partner must furnish the Employer and Insurance Company with a signed declaration that the above requirements are met, at the time of enrollment.**

Package:000077 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000077 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

All references in the policy to "Spouse" shall be changed to read "Spouse, Domestic Partner, and Civil Union Partner except as follows:

1. The definition of "Spouse" remains unchanged.

2. For purposes of any provision of the policy providing for payment of benefits to relatives of the Employee, a Domestic Partner/Civil Union Partner shall be included only if:

   a. the Domestic Partner/Civil Union Partner meets the requirements of the definition of Domestic Partner/Civil Union Partner referenced in item 1 or 2, or;
   b. the Employee and Domestic Partner/Civil Union Partner have furnished the Employer or the Insurance Company with a signed statement affirming that the requirements referenced in item 3 within the definition of Domestic Partner/Civil Union Partner are met.

3. A Domestic Partner/Civil Union Partner shall be deemed eligible to be enrolled for insurance or eligible for Additional Benefits on the latest of:

   a. the date of registration under item 1 of the definition of Domestic Partner/Civil Union Partner;
   b. the date that the Employee is eligible for insurance under the Policy; or;
   c. the effective date of this Amendment to the Policy.

4. A child of a Domestic Partner/Civil Union Partner may only be eligible to be insured or eligible for Additional Benefits if:

   a. the child is primarily dependent on the Employee for financial support;
   b. the Employee has a legal obligation of support of the child; or
   c. the Employee is the child's legal guardian.

Any provision of the Policy that otherwise excludes any person who is not legally able to marry the Employee is changed by the following:

In the case of any person of the same sex as the Employee, the exclusion of persons legally able to marry will not apply for the first 12 months that the Employee's state of residence allows same-sex couples to marry.

Except for the above this rider does not change the Policy or Certificate to which it is attached.

LIFE INSURANCE COMPANY OF NORTH AMERICA

Matthew G. Manders

Matthew G. Manders, President

TL-007153

Package 000078 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000078 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Insurance Company)**

**AMENDATORY RIDER**

**CLAIM PROCEDURES APPLICABLE TO PLANS SUBJECT TO THE EMPLOYEE RETIREMENT INCOME SECURITY ACT ("ERISA")**

The provisions below amend the Policy to which they are attached. They apply to all claims for benefits under the Policy. They supplement other provisions of the Policy relating to claims for benefits.

This Policy has been issued in conjunction with an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA"). This Policy is a Plan document within the meaning of ERISA. As respects the Insurance Company, it is the sole contract under which benefits are payable by the Insurance Company. Except for this, it shall not be deemed to affect or supersede other Plan documents.

The Plan Administrator has appointed the Insurance Company as the named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims.

**Review of Claims for Benefits**

The Insurance Company has 45 days from the date it receives a claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable in accordance with the terms of the Policy. The Insurance Company may require more time to review the claim if necessary due to matters beyond its control. If this should happen, the Insurance Company must provide notice in writing that its review period has been extended for:

(i) up to two more 30 day periods (in the case of a claim for disability benefits); or
(ii) 90 days more (in the case of any other benefit).

If this extension is made because additional information must be furnished, these extension periods will begin when the additional information is received. The requested information must be furnished within 45 days.

During the review period, the Insurance Company may require:

(i) a medical examination of the Insured, at its own expense; or
(ii) additional information regarding the claim.

If a medical examination is required, the Insurance Company will notify the Insured of the date and time of the examination and the physician's name and location. If additional information is required, the Insurance Company must notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit.

If the claim is denied, in whole or in part, the Insurance Company will provide written notice within the review period. The Insurance Company's written notice will include the following information:

1. The specific reason(s) the claim was denied.
2. Specific reference to the Policy provision(s) on which the denial was based.
3. Any additional information required for the claim to be reconsidered, and the reason this information is necessary.
4. In the case of any claim for a disability benefit: identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5. A statement regarding the right to appeal the decision, and an explanation of the appeal procedure, including a statement of the right to bring a civil action under Section 502(a) of ERISA if the appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, there is the right to appeal the decision. A written request for appeal must be made to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date the denial was received. If a request is not made within that time, the right to appeal will have been waived.

25

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package 000079 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package 000079 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Once a request has been received by the Insurance Company, a prompt and complete review of the claim will take place. This review will give no deference to the original claim decision. It will not be made by the person who made the initial claim decision, or a subordinate of that person. During the review, the claimant (or the claimant's duly authorized representative) has the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan. Any medical or vocational experts consulted by the Insurance Company will be identified. Issues and comments that might affect the outcome of the review may also be submitted.**

**The Insurance Company has 60 days (45 days, in the case of any disability benefit) from the date it receives a request to review the claim and provide its decision. Under special circumstances, the Insurance Company may require more time to review the claim. If this should happen, the Insurance Company must provide notice, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any disability benefit). Once its review is complete, the Insurance Company must state, in writing, the results of the review and indicate the Plan provisions upon which it based its decision.**

**Matthew G. Manders, President**

**TL-009000**

Package 000080 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000080 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

# LIFE INSURANCE COMPANY OF NORTH AMERICA

## AMENDATORY RIDER
## TRAVEL ASSISTANCE SERVICES

Policyholder: Jack Henry & Associates, Inc.
Policy No.: OK980417 Effective Date: January 1, 2017

This rider amends the Policy and Certificate to which it is attached. It is effective on the Effective Date shown above, and expires when the Policy expires.

**Travel Assistance Services**

We will pay the cost of the Covered Services described below, subject to all applicable conditions and exclusions, resulting, directly and independently of all other causes, from a Covered Medical Emergency. The Covered Medical Emergency must occur and Covered Services must be incurred during the course of travel or other activities covered by the Policy, and while the Covered Person is either more than 100 miles from his permanent residence or outside of his country of permanent residence.

To obtain services, the Covered Person must contact Us or our authorized service provider at the phone number provided by the Policyholder. All services must be provided by our authorized service provider unless authorized by Us.

**Covered Services**

Covered Services includes the reasonable costs for medically necessary services provided by Us or by our authorized service provider, and which are provided by our authorized service provider unless authorized by Us, for any of the following.

**Emergency Medical Evacuation**

Medically necessary expenses for Transportation of the Covered Person to the nearest adequate medical facility, if adequate medical care is not available at the Covered Person's location.

Cost of any medically necessary services or equipment that the Covered Person receives during transportation covered under this provision.

Cost of transporting qualified and licensed medical professional(s) or an Immediate Family Member or a Travel Companion if medically required to escort the Covered Person during transportation covered under this provision.

Transportation will be provided by medically equipped specialty aircraft, commercial airline, train or ambulance depending upon the medical needs and available transportation specific to each case.

**Return Transportation**

Any increase in the cost of the Covered Person's return transportation to his or her home or work location following emergency medical evacuation covered under this benefit, above the cost of the Covered Person's original scheduled return transportation.

Any increased cost of the transportation for an Immediate Family Member or Travel Companion of the Covered Person to return to his or her primary residence, if he or she accompanied the Covered Person on the trip where the emergency occurred, and was as a result not able to return to his or her primary residence when originally scheduled.

Unless it is medically necessary for another means of transportation to be provided, such return transportation costs will be covered for the same class of travel as the Covered Person's original transportation.

Package:000081 of 000093
Presiding Judge HON. KEN HOWARD (609287)
Package : 000081 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

In the case of an Immediate Family Members who is a child under age 18, who is left without a parent, guardian or other adult to accompany the child, we will cover the reasonable cost of an escort to accompany the child to the nearest airport. If under the applicable rules of the airline, the child is too young to travel unaccompanied by an adult, we will pay the round trip economy airfare for an adult family member from the child's place of residence to the airport nearest the child.

**Immediate Family Member Visit**

Expenses for an Immediate Family Member or Friend of the Covered Person to visit the Covered Person during hospitalization away from the Covered Person's primary residence, if the Covered Person is hospitalized or expected to remain hospitalized for 7 or more consecutive days following emergency medical evacuation covered under this benefit. Such expenses shall be limited to one person only, and shall include round-trip economy airfare, and an allowance of $150.00 per day for up to 7 days for meals and lodging.

If a Dependent Child is evacuated, we will pay the expenses of an adult Immediate Family Member who accompanied the Dependent Child on the trip where the emergency occurred, to accompany the Dependent Child during the evacuation and during the Dependent Child's return to his or her place of residence. If the Dependent Child was not accompanied by an adult Immediate Family Member on the trip where the emergency occurred, we will pay expenses described in the preceding paragraph, without regard to the expected duration on the hospitalization.

**Repatriation of Remains**

If the Covered Person dies as a result of a Covered Medical Emergency, or during a Medical Evacuation covered by this Policy, the following expenses will be covered:

1. Embalming;
2. Cremation in the locality where death occurred and urn for return ashes;
3. A container appropriate for transportation of remains;
4. Autopsy if required by law;
5. Expenses of securing documentation necessary for return of remains;
6. Transportation of the body or remains to the Covered Person's place of permanent residence.

**Definitions**

"Covered Medical Emergency" means an injury, illness or disease diagnosed by a Physician which causes severe or acute symptoms that, if not provided with immediate care or treatment, would reasonably be expected to result in serious deterioration of the Covered Person's health or place his life in jeopardy; and which first manifests itself suddenly and unexpectedly during the travel or other hazards covered by the Policy.

"Immediate Family Member" means a spouse, parent, child, step-parent, step-child, brother or sister, step-brother or step-sister, grandparent, or Domestic Partner.

"Travel Companion" means an individual, other than an Immediate Family Member, who accompanied the Covered Person on the trip where the emergency occurred.

"Friend" means a person chosen by the Covered Person, other than an Immediate Family Member who is able to visit the Covered Person.

**Limitations**

Covered Expenses are secondary to, and in excess of, any expenses for medical or transportation services paid or payable under any workers' compensation law.

No payment will be made for services without authorization of those services by Us or the express written approval of Our designated approved vendor.

If coverage for these services is provided under more than one policy issued by the Insurance Company, we will only provide or pay for these services under one such policy.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000082 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000082 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Exclusions**

**The exclusions listed in the Policy's Common Exclusions section will not apply to Medical Evacuation and Repatriation Expenses, except for exclusions relating to war or acts of war, suicide or intentionally self-inflicted injury. In addition, the following exclusions apply specifically to this coverage:**

1. **Non-Emergency, routine or minor medical problems, tests and exams where there is no clear or significant risk of death or imminent serious Injury or harm to the Covered Person;**
2. **a condition which would allow for treatment at a future date convenient to the Covered Person and which does not require Emergency evacuation or repatriation;**
3. **expenses incurred if a purpose of the Covered Person's trip is to obtain medical treatment;**
4. **services provided for which no charge is normally made, in the absence of insurance;**
5. **transportation for the Covered Person's vehicle and/or other personal belongings;**
6. **Initial transport by ambulance following a Covered Medical Emergency occurring in the United States;**
7. **services incurred while serving in the armed forces of any country;**
8. **services required or obtained in any location which, due to war, insurrection, natural disaster or other reasons, is not reasonably accessible to our designated service provider, unless approved in advance by us;**
9. **claim payments that are illegal under applicable law;**
10. **expenses which are paid or payable under any workers' compensation law;**
11. **Medical care or services scheduled for your or your doctor's convenience which are not considered an emergency.**

**Except for the above this rider does not change the Policy or Certificate to which it is attached.**

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

Matthew G. Manders

**Matthew G. Manders, President**

**GA-00-2230c.00**

Package 000083 of 000093

Presiding Judge: HON KEN HOWARD (609287)

Package : 000083 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Life Insurance Company of North America**
**1601 Chestnut Street**
**Philadelphia, Pennsylvania 19192-2235**

**MODIFYING PROVISIONS AMENDMENT**

**Subscriber: Jack Henry & Associates, Inc.** **Policy No.: OK980417**

**Amendment Effective Date: January 1, 2017**

**This amendment is attached to and made part of the Policy specified above and the Certificates issued under it. Its provisions are intended to conform this Policy to the laws of the state in which the insured resides.**

**The Policy and any Certificates delivered under the Group Policy are amended as follows:**

**Arkansas residents:**

1. **Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.**

2. **Under the *General Definitions* section, item 2 of the second paragraph of the definition of Dependent Child is replaced with the following:**

   2. **adopted child, or a child under the charge, care or control of the Employee, Member for whom the Employee, Member has filed a petition to adopt.**

**Connecticut residents:**

1. **The following benefit is added to the *Schedule of Benefits* section:**

   **AMBULANCE BENEFIT**

   | | |
   |---|---|
   | **Basic Benefit** | **Equal to the lesser of billed charges or rate established by the CT Dept. of Public Health** |

2. **The following benefit is replaced in the *Schedule of Benefits* section:**

   **FELONIOUS ASSAULT**

   | | |
   |---|---|
   | **Accidental Death and Dismemberment Benefit** | **25% multiplied by the portion of the Principal Sum applicable to the Covered Loss, as shown in the *Schedule of Covered Losses*.** |

3. **In the *General Definitions* section the definition of Hospital and Totally Disabled are replaced with the following:**

   **Hospital** — **An institution that meets all of the following:**
   1. **it is licensed as a Hospital pursuant to applicable law;**
   2. **it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;**
   3. **it is managed under the supervision of a staff of medical doctors;**
   4. **it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);**
   5. **it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;**
   6. **it charges for its services.**

Package:000084 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000084 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Hospital shall include a Veteran's Administration Hospital or Federal Government Hospital and the requirement that a patient must incur an expense as an Inpatient shall be waived.**

**The term Hospital does not include a clinic, facility, or unit of a Hospital for:**

1. **rehabilitation, convalescent, custodial, educational or nursing care;**
2. **the aged, drug addicts or alcoholics;**
3. **a Veteran's Administration Hospital or Federal Government Hospital unless the Covered Person incurs an expense.**

**Totally Disabled or Total Disability**

**Totally Disabled or Total Disability means either:**

1. **inability of the Covered Person who is currently employed to do any type of work for which he is or may become qualified by reason of education, training or experience; or**
2. **inability of the Covered Person who is not currently employed to perform the normal activities of a person of like age and sex and who is under the regular care of a Physician who certifies that such person is Totally Disabled.**

4. **In the *Eligibility and Effective Date Provisions*, the Eligibility section is replaced with the following:**

**Eligibility**
**An Employee becomes eligible for insurance under this Policy on the date he meets all of the requirements of one of the Covered Classes and completes any Eligibility Waiting Period, as shown in the *Schedule of Benefits*. A Spouse and Dependent Children of an eligible Employee become eligible for any dependent insurance provided by this Policy on the later of the date the Employee becomes eligible and the date the Spouse or Dependent Child meets the applicable definition shown in the *Definitions* section of this Policy. No person may be eligible for insurance under this Policy as both an Employee and a Spouse or Dependent Child at the same time. However, this limitation will not apply when the Employee and the Spouse are employed by the same Employer and by reason to their employment are both participating in a group insurance plan.**

5. **In the *General Provisions* section, the following provision is replaced:**

**Incontestability**
**1. Of This Policy or Participation Under This Policy**
**All statements made by the Subscriber to participate under this Policy are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, or to deny the validity of this Policy or of participation under this Policy unless a copy of the instrument containing the statement is, or has been, furnished to the Subscriber.**

**After two years from the Policy Effective Date, no such statement will cause this Policy to be contested.**

**2. Of A Covered Person's Insurance**
**All statements made by a Covered Person are considered representations and not warranties. No statement will be used to deny or reduce benefits or be used as a defense to a claim, unless a copy of the instrument containing the statement is, or has been, furnished to the claimant.**

**After two years from the Covered Person's effective date of insurance, or from the effective date of increased benefits, no such statement will cause insurance or the increased benefits to be contested except for lack of eligibility for insurance.**

**In the event of death or incapacity, the beneficiary or representative shall be given a copy.**

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000085 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package · 000085 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

6. **The following benefit is added to the *Description of Benefits* section:**

**AMBULANCE BENEFIT**
**We will pay the benefit shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, if the Covered Person requires ambulance services due to a Covered Injury resulting directly and independently of all other causes from a Covered Accident.**

**The Covered Person must be transported by ambulance to a Hospital and admitted as an inpatient Any payment will be paid directly to the ambulance provider rendering such service if such provider has not received payment for such service from any other source and includes the following statement on the face of each bill: "NOTICE: This bill subject to mandatory assignment pursuant to Connecticut general statutes."**

**In the event any Covered Person is covered under more than one policy, the Hospital Policy will be primary and pay benefits.**

**Exclusions** **The exclusions that apply to this benefit are in the *Common Exclusions* Section.**
**GA-00-2212.07**

7. **In the *Description of Benefits* section the Felonious Assault and Violent Crime benefit is replaced with the following:**

**FELONIOUS ASSAULT BENEFIT**
**We will pay the amount shown in the *Schedule of Benefits*, subject to the following conditions and exclusions, when the Covered Person suffers a Covered Loss resulting directly and independently of all other causes from a Covered Accident that occurs during a felonious assault as described below. A police report detailing the felonious assault must be provided before any benefits will be paid. The Covered Accident must occur while the Covered Person is on the business or premises of the Employer.**

**To qualify for benefit payment, the Covered Accident must occur during any of the following:**
1. **actual or attempted robbery or holdup;**
2. **actual or attempted kidnapping;**
3. **any other type of intentional assault that is a crime classified as a felony by the governing statute or common law in the state where the felony occurred.**

**Definitions** **For purposes of this benefit:**

**Family Member means the Covered Person's parent, step-parent, Spouse or former Spouse, son, daughter, brother, sister, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, aunt, uncle, cousins, grandparent, grandchild and stepchild.**

**Fellow Employee means a person employed by the same Employer as the Covered Person or by an Employer that is an affiliated or subsidiary corporation. It shall also include any person who was so employed, but whose employment was terminated not more than 45 days prior to the date on which the defined felonious assault was committed.**

**Member of the Same Household means a person who maintains residence at the same address as the Covered Person.**

**Exclusions** **Benefits will not be paid for any Covered Loss incurred during any:**
1. **felonious assault committed by the Covered Person; or**
2. **felonious assault committed upon the Covered Person by a Fellow Employee, Family Member, or Member of the Same Household.**

**Other exclusions that apply to this benefit are in the *Common Exclusions* Section.**

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000086 of 000093
Presiding Judge: HON KEN HOWARD (609287)
Package : 000086 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

8. **The following Conversion Privilege section applies:**

**Conversion Privilege**

1. **If the Covered Person's insurance or any portion of it ends for a reason other than non-payment of premium, the Covered Person's Age or those reasons described in Paragraph 2 below, the Covered Person may have Us issue converted accident insurance on an individual policy or an individual certificate under a designated group policy. The Covered Person may not apply for an amount greater than his coverage under this Group Policy less the amount of any other group accident insurance for which he becomes eligible within 31 days after the date coverage under this Group Policy terminated. The policy or certificate will not contain disability or other additional benefits. The Covered Person need not show Us that he is insurable.**

   **The Covered Person must apply for the individual policy within 31 days after his coverage under this Group Policy ends and pay the required premium, based on Our table of rates for such policies, his Age and class of risk.**

   **The individual policy or certificate will take effect on the day following the date coverage under the Group Policy ended. If the Covered Person dies during this 31-day period as the result of an accident that would have been covered under this Group Policy, We will pay as a claim under this Group Policy the amount of insurance that the Covered Person was entitled to convert. It does not matter whether the Covered Person applied for the individual policy or certificate. If such policy or certificate is issued, it will be in exchange for any other benefits under this Group Policy.**

2. **If the Covered Person's insurance ends because this Group Policy is terminated or is amended to terminate insurance for the Covered Person's class, and he has been covered under this Group Policy for at least five years, the Covered Person may have Us issue an individual policy or certificate of accident insurance subject to the same terms, conditions and limitations listed above. However, the amount he may apply for will be limited to the lesser of the following:**
   a. **coverage under this Group Policy less any amount of group accident insurance for which he is eligible on the date this Group Policy is terminated or for which he became eligible within 31 days of such termination, or**
   b. **$10,000.**

**District of Columbia residents:**

**Under the *General Definitions* section, item 4 of the second paragraph of the definition of Dependent Child is replaced with the following:**

4. **minor grandchildren, nieces, or nephews under the Employee's primary care, and if the legal guardian of the minor grandchild, niece, or nephew, if other than the Employee, is not covered by an accident or sickness policy. Here "primary care" means that the Employee provides food, clothing, and shelter, on a regular and continuous basis, for the minor grandchild, niece, or nephew during the time the District of Columbia public schools are in regular session.**

**Georgia residents:**

**Under the *General Definitions* section, item 2 of the first paragraph of the definition of Dependent Child is replaced with the following:**

2. **A child shall continue to be insured up to and including age 26 so long as the coverage of the Employee continues in effect, the child remains a dependent of the insured parent or guardian, and the child, in each calendar year since reaching age 19, has been enrolled for five calendar months or more as a full-time student at a postsecondary institution of higher learning or, if not so enrolled, would have been eligible to be so enrolled and was prevented from being so enrolled due to Sickness or Injury.**

Package : 000087 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000087 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Louisiana residents:**

1. Under the *General Definitions* section, the definition of Dependent Child is replaced with the following:

**Dependent Child(ren)**

An Employee's unmarried child who meets the following requirements:
1. A child from live birth to 21 years old;
2. A child who is 21 or more years old but less than 26 years old, enrolled in a school, including vocational, technical, vocation-technical, trade schools and colleges, as a full-time student and primarily supported by the Employee;
3. A child who is 21 or more years old, primarily supported by the Employee and incapable of self-sustaining employment by reason of mental physical handicap.

A child, for purposes of this provision, includes an Employee's:
1. natural child;
2. adopted child, beginning with any waiting period pending finalization of the child's adoption;
3. stepchild who resides with the Employee;
4. child for whom the Employee is legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.
5. unmarried grandchild who is under 21 years of age and who is in the legal custody of and residing with the Employee.

2. In the *Common Exclusions* section, item 11 is replaced with the following:

11. voluntary ingestion of any narcotic drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage;

3. In the *Administrative Provisions* section, the following provision is replaced as follows:

**Changes in Premium Rates**
We may change the premium rates from time to time with at least 31 days advance written notice to the Subscriber. If the rate increase is twenty percent or more there will be 45 days written notice which may be waived for groups covering one hundred or more persons, provided this is agreed to by Us and the Policyholder. No change in rates will be made until 12 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12-month period. However, We reserve the right to change rates at any time if any of the following events take place:
1. the terms of this Policy change;
2. the terms of the Subscriber's participation change;
3. a division, subsidiary, affiliated company or eligible class is added or deleted from this Policy;
4. there is a change in the factors bearing on the risk assumed;
5. any federal or state law or regulation is amended to the extent it affects Our benefit obligation.

4. In the *General Provisions* section, the following provisions are replaced:

**Policy Termination**
We may terminate coverage on or after the first anniversary of the policy effective date as of any premium due date. Subscriber may terminate coverage on any premium due date. Written notice by certified mail must be given at least 60 days prior to such premium due date. Failure by Subscriber to pay premiums when due or within the grace period shall be deemed notice to Us to terminate coverage at the end of the period for which premium was paid. Cancellation for nonpayment of premium or failure to meet the requirements for being a group will not be subject to this 60 day requirement.
Termination will not affect a claim for a Covered Loss that is the result, directly and independently of all other causes, of a Covered Accident that occurs while coverage was in effect.

34

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package:000088 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000088 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Conformity with Statutes**
**Any provisions in conflict with the requirements of Louisiana or federal law that apply to this Policy are automatically changed to satisfy the minimum requirements of such laws.**

**Massachusetts residents:**

**Under the *Eligibility and Effective Date Provisions* section, the following is added:**

**Continuation of Insurance after leaving the group**
**If a Covered Person leaves the group covered under the Policy, insurance for such Covered Person will be continued until the earliest of the following dates:**
1. **31 days from the date the Covered Person leaves the group;**
2. **the date the Covered Person becomes eligible for similar benefits.**

**Continuation of Insurance due to a Plant Closing or Partial Closing**
**If an Employee leaves the group due to termination of employment resulting from a Plant Closing or Partial Closing, insurance for such Employee will be continued until the earliest of the following dates:**
1. **90 days from the date of the Plant Closing or Partial Closing;**
2. **the date the Employee becomes eligible for similar benefits.**

**Definitions: For purposes of this provision:**

**Plant Closing means a permanent cessation or reduction of business at a facility which results or will result as determined by the director in the permanent separation of at least 90% of the employees of said facility within a period of six months prior to the date of certification or with such other period as the director shall prescribe, provided that such period shall fall within the six month period prior to the date of certification.**

**Partial Closing means a permanent cessation of a major discrete portion of the business conducted at a facility which results in the termination of a significant number of the employees of said facility and which affects workers and communities in a manner similar to that of Plant Closings.**

**Missouri residents:**

1. **Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.**

2. **Under the *General Definitions* section, the definition of *Totally Disabled or Total Disability* means either:**
   a) **the inability of the Covered Person who is currently employed to perform the material and substantial duties of the Covered Person's occupation for a period of at least twelve months. After the initial benefit period, total disability shall mean the Covered Person's inability to perform the material and substantial duties of any occupation for which the Covered Person is qualified by education, training or experience; or**
   b) **the inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.**

**Montana residents:**

**Under the *General Definitions* section, the definition of *Sickness* is replaced with the following:**

**Sickness** **A physical or mental illness including pregnancy**

Package:000089 of 000093

Presiding Judge: HON. KEN HOWARD (609287)

Package : 000089 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**New Hampshire residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. If applicable, the definition of Emergency Room Treatment is replaced with the following:

**Emergency Room Treatment** — Emergency medical services and care given in a Hospital as an out or inpatient, for a sudden, unexpected onset of a medical condition that manifests itself by symptoms of sufficient severity that in the absence of immediate medical attention could be expected to result in any of the following:
1. serious jeopardy to the covered Employee's health;
2. serious impairment to bodily functions; or
3. serious dysfunction of any bodily organ or part.

3. The definition of Hospital is replaced with the following.

**Hospital** — An institution that meets all of the following:
1. it is operated pursuant to applicable law;
2. it is primarily and continuously engaged in providing medical care and treatment to sick and injured persons;
3. it is managed under the supervision of a staff of medical doctors;
4. it provides 24-hour nursing services by or under the supervision of a graduate registered nurse (R.N.);
5. it has medical, diagnostic and treatment facilities, with major surgical facilities on its premises, or available on a prearranged basis;
6. it charges for its services.

Hospital shall include a Veteran's Administration Hospital or Federal Government Hospital and the requirement that a patient must incur an expense as an Inpatient shall be waived.

The term Hospital does not include a clinic, facility, or unit of a Hospital for:
1. rehabilitation, convalescent, custodial, educational or nursing care;
2. the aged, drug addicts or alcoholics;
3. a Veteran's Administration Hospital or Federal Government Hospitals unless the Covered Person incurs an expense.

**South Carolina residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. Under the *Claim Provisions*, the following changes are made.
   a. The *Claimant Cooperation Provision* does not apply.
   b. The provision titled *Physical Examination and Autopsy* is replaced with the following:
      **Physical Examination and Autopsy**
      We, at Our own expense, have the right and opportunity to examine the Covered Person when and as often as We may reasonably require while a claim is pending. If an autopsy is performed, it will be in the State of South Carolina and during the period of contestability unless prohibited by law.
   c. The provision titled *Legal Actions* is replaced with the following:
      **Legal Actions**
      No action at law or in equity may be brought to recover under this Policy less than 60 days after written or authorized electronic proof of loss has been furnished as required by this Policy. No such action will be brought more than six years after the time such written proof of loss must be furnished.

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

Package 000090 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000090 of 000093

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

3. **Under the *General Provisions*, the following changes are made.**
**The *Multiple Certificates* provision does not apply.**

**South Dakota residents:**

**Under the *Common Exclusions* section, the following changes are not permitted:**

1. **the Covered Person being legally intoxicated as determined according to the laws of the jurisdiction in which the Covered Accident occurred;**
2. **the Covered Person being Intoxicated. "Intoxicated" means having a blood alcohol level of .08 or higher;**
3. **the Covered Person operating a motorized vehicle while under the influence of alcohol or drugs as defined according to the laws of the jurisdiction in which the Accident occurred;**
4. **voluntary ingestion of any narcotic, drug, poison, gas or fumes, unless prescribed or taken under the direction of a Physician and taken in accordance with the prescribed dosage;**
5. **occupational injuries for which benefits are not paid under the Workers' Compensation Law or any similar law;**
6. **operating any type of vehicle while under the influence of alcohol or any drug , narcotic or other intoxicant including any prescribed drug for which the Covered Person has been provided a written warning against operating a vehicle while taking it. Under the influence of alcohol, for purposes of this exclusion, means intoxicated, as defined by the law of the state in which the Covered Accident occurred;**
7. **the Covered Person was driving a Private Passenger Automobile at the time of the Covered Accident that resulted in the Covered Loss; and he was intoxicated, as that term is defined by the laws of the state in which the Covered Accident occurred.**

**Texas residents:**

**Under the *General Definitions* section, the definition of Dependent Child is replaced with the following:**

**Dependent Child(ren)**

**An Employee's unmarried child who meets the following requirements:**

1. **A child from live birth to 26 years old. The initial coverage period for newborn children shall continue for a period of at least 31 days.**
2. **A child who is 26 or more years old, chiefly dependent on the Employee for support and maintenance and incapable of self-sustaining employment by reason of mental or physical disability.**

**A child, for purposes of this provision, includes an Employee's:**

1. **natural child;**
2. **adopted child, including a child for whom the Employee is a party to a suit to seek the adoption of the child. It also means the adopted child of the Employee's Spouse or Domestic Partner/Partner to a Civil Union provided the child is living with, and is financially dependent upon the Employee;**
3. **grandchild of the Employee who is a dependent on the Employee for federal income tax purposes at the time the application for coverage of such grandchild is made;**
4. **child for whom the Employee is required to provide medical support under court order;**
5. **stepchild who resides with the Employee and is financially dependent upon the Employee;**
6. **child for whom the Employee is the court-appointed legal guardian, as long as the child resides with the Employee and depends on the Employee for financial support. Financial support means that the Employee is eligible to claim the dependent for purposes of Federal and State income tax returns.**
7. **a child of the Employee's Domestic Partner /Partner to a Civil Union, provided the child is living with, and is financially dependent upon the Employee.**

Package:000091 of 000093
Presiding Judge: HON. KEN HOWARD (609287)
Package : 000091 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**Vermont residents:**

To the extent the Policy provides insurance coverage to a spouse, the identical consideration must be applied to same sex marriages and civil unions. The language is as follows:

1. Civil Union Partner means:
   a. A person with whom the Employee has a registered civil union under Vermont law which imposes obligations on the parties substantially similar to marriage. Such person will continue to be recognized as a Civil Union Partner unless and until: (1) the civil union is dissolved under applicable law; or (2) either the Employee or the Civil Union Partner marries another person.

2. Spouse means:
   a. "Lawful spouse" and includes a lawful spouse of the same sex.
   b. This also includes a partner to a civil union recognized under Vermont Law.

**West Virginia residents:**

1. Under the *General Definitions* section, the definition of Covered Accident does not include reference to an "external" event.

2. Under the *General Definitions* section, the definition of Hospital does not require that an institution be licensed as a Hospital pursuant to applicable law, but does require that an institution operate pursuant to applicable law.

3. Under the *General Definitions* section, the definition of Totally Disabled or Total Disability is replaced with the following:
   **Totally Disabled or Total Disability**
   Totally Disabled or Total Disability means either:
   1. inability of the Covered Person who is currently employed to perform substantially all of the material duties of his job, or any other job for which he is or may become qualified by reason of education, training or experience; or
   2. inability of the Covered Person who is not currently employed to perform all of the activities of daily living including eating, transferring, dressing, toileting, bathing, and continence, without human supervision or assistance.

Signed for the
Life Insurance Company of North America

Matthew G. Manders

Matthew G. Manders, President

GA-00-3000.00

Package:000092 of 000093

Presiding Judge HON. KEN HOWARD (609287)

Package : 000092 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

20106101085002

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**Philadelphia, PA 19192-2235**

**We, Jack Henry & Associates, Inc., whose main office address is Monett, MO, hereby approve and accept the terms of Group Policy Number OK980417 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA to the TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE SERVICES INDUSTRY. We acknowledge that benefits will be provided in accordance with the terms and provisions of the policy, which will be the sole contract under which benefits are paid.**

**This application is to be signed.**

**Sign:** ______________________________ **Date:** ____________________

**Title:** ______________________________

**Jack Henry & Associates, Inc.**

**TL-008890**

Package:000093 of 000093

Presiding Judge: HON KEN HOWARD (609287)

Package 000093 of 000093

Filed 20-CI-00523 04/03/2020 Loretta Crady, Hardin Circuit Clerk
A true copy attest 20-CI-00523 04/03/2020 /s/Loretta Crady, Hardin Circuit Clerk



7019 2970 0001 6694 3709



USPS TRACKING #
9590 9402 5731 0003 9832 45

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Secretary of State
P.O. Box 718
Frankfort, KY 40602-0718

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 4/8/2020 20-CI-00523

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

MICHAEL A. JAMES,
REGISTERED AGENT
TWO LIBERTY PLACE,
16[illegible]
PH[illegible]

9590 9402 5731 0003 9832 45

2. Article Number *(Transfer from service label)* 275303

7019297000016694-3709

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt